# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ANDREW J. MORTENSEN,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO! INC.,<br><br>    Defendant. | Case No. 5:16-cv-07182 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Ko to determine whether it is related to 5:16-md-02752 LHK, In Re: Yahoo! Inc. Customer Data Security Breach Litigation.

IT IS SO ORDERED.

Date: December 19, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 16-cv-07182 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES