David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
Wendy M. Behan, SBN 199214
*wbehan@cglaw.com*
Angela Jae Chun, SBN 248571
*ajc@cglaw.com*
Ethan T. Litney, SBN 295603
*elitney@cglaw.com*
**Casey Gerry Schenk**
**Francavilla Blatt & Penfield,LLP**
110 Laurel Street
San Diego, CA  92101
Tel: (619) 238-1811; Fax: (619) 544-9232

Deval R. Zaveri, SBN 213501
*dev@zaveritabb.com*
James A. Tabb, SBN 208188
*jimmy@zaveritabb.com*
**Zaveri Tabb, APC**
402 W. Broadway, Ste. 1950
San Diego, CA  92101
Tel: (619) 831-6988; Fax: (619) 239-7800

Attorneys for Plaintiff and the class

# United States District Court
## Northern District of California
### San Jose Division

| | |
|---|---|
| IN RE: YAHOO! INC.  CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 16-MD-02752-LHK<br><br>Related Case:<br><br>CASE NO. 5:16-CV-07246<br>Hartline v. Yahoo Inc.<br><br>**NOTICE OF RELATED CASE** |

16-MD-02752-LHK
Class Action Complaint

1  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that in accordance with Local Rules 3-12 and 3-13 Plaintiff James Hartline hereby provides notice of the following Related Cases and the Pendency of Other Action or Proceedings pending before the Northern District of California.  The current action, *Hartline v. Yahoo Inc.*, No. 5:16-cv-07246 filed on December 19, 2016, assigned to Magistrate Judge Howard R. Lloyd involves all or a material part of the same subject matter as:  *In RE: Yahoo! Inc. Customer Data Security Breach Litigation,* No. 16-MD-02752-LHK and *In RE: Yahoo! Inc. Customer Data Security Breach Litigation,* MDL No. 2752.

Dated:    December 21, 2016

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP
ZAVERI TABB, APC


/s/ Gayle M. Blatt
*gmb@cglaw.com*
Attorneys for Plaintiffs

16-MD-02752-LHK
Class Action Complaint