UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br>**ORDER RELATING AND CONSOLIDATING CASES** |

An administrative motion has been filed in the docket for *Schwartz v. Yahoo! Inc.*, 5:16-CV-05456-LHK, to consider whether *Ridolfo, et al. v. Yahoo! Inc.*, 3:17-CV-00619-MEJ, and *Neff v. Yahoo! Inc., et al.*, 5:17-CV-00641-NC, should be related to *Schwartz v. Yahoo! Inc.*, 5:16-CV-05456-LHK. The time for objections has passed and no objection has been filed. It "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a)(2). Accordingly, the Court RELATES *Ridolfo* and *Neff* to *Schwartz*.

Moreover, the Court CONSOLIDATES *Ridolfo, et al. v. Yahoo! Inc.*, 3:17-CV-00619-MEJ, and *Neff v. Yahoo! Inc., et al.*, 5:17-CV-00641-NC, with the Multi-District Litigation ("MDL") case *In Re: Yahoo! Inc. Customer Data Security Breach Litigation*, 16-MD-02752-LHK.

1   Any future filings in *Ridolfo* or *Neff* shall be filed in the MDL case, 16-MD-02752-LHK, rather
2   than in the individual cases.
3   **IT IS SO ORDERED.**
4   Dated: February 23, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge