# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO.:  16-MD-02752-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS YAHOO! INC. AND AABACO SMALL BUSINESS, LLC'S (1) MOTION TO DISMISS AND (2) REQUEST FOR JUDICIAL NOTICE**<br><br>Date:           August 24, 2017<br>Time:          1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:         Hon. Lucy H. Koh |

1 | This matter came before the Court by motion of Defendants Yahoo! Inc. and Aabaco Small Business, LLC (together, "Defendants"), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' Consolidated Class Action Complaint for lack of standing and failure to state a claim upon which relief can be granted.  Defendants also requested that the Court take judicial notice of certain documents pursuant to Federal Rules of Evidence 201.

The Court, having considered the papers filed in support of and in opposition to Defendants' motion to dismiss and request for judicial notice, the pleadings and record on file, oral argument of counsel, and good cause, hereby GRANTS Defendants' motion to dismiss and GRANTS Defendants' request for judicial notice.

IT IS SO ORDERED.

DATED: _____         _____
                                                              Lucy H. Koh
                                                              United States District Judge

1

[PROPOSED] ORDER GRANTING DEFENDANTS YAHOO! INC. AND AABACO SMALL BUSINESS, LLC'S (1) MOTION TO DISMISS AND (2) REQUEST FOR JUDICIAL NOTICE, Case No. 16-MD-02752-LHK