UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER REGARDING CASE SCHEDULE** |

On May 4, 2017, the Court set a further case management conference for June 15, 2017 "to set the case schedule through the class certification hearing and through trial." ECF No. 89. However, the parties' proposed schedule in the joint case management statement filed in advance of the June 15, 2017 case management conference only contains a schedule through the class certification hearing. *See* ECF No. 100 at 3.

Pursuant to the Civil Justice Reform Act, civil cases should be resolved within three years of the filing of the complaint. 28 U.S.C. § 473. The earliest-filed member case in the instant multi-district litigation was filed in September 2016. Accordingly, the parties shall meet and confer and agree upon a schedule for summary judgment, pre-trial conference, and trial that allows post-trial motions to be resolved within three years of the date when the earliest-filed member case

1

Case No. 16-MD-02752-LHK
ORDER REGARDING CASE SCHEDULE

was filed.  The parties shall file a joint proposed case schedule by June 14, 2017 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: June 12, 2017

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 16-MD-02752-LHK
ORDER REGARDING CASE SCHEDULE

2