1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK **CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys: John Yanchunis and Ariana Tadler
Defendants' Attorneys: Anne Mortimer, Sam Dannon, and John Deliano

A further case management conference was held on June 15, 2017. A further case management conference is set for September 28, 2017, at 10:00 a.m. The parties shall file a joint case management statement by September 21, 2017.

The parties shall file a joint identification of the cases that are presently members of this multi-district litigation by June 19, 2017.

The Court sets the following case schedule:

| Scheduled Event | Date |
|---|---|
| Defendants' First Motion to Dismiss | **Mot.**: May 22, 2017 (35 pages) **Opp'n**: June 30, 2017 (35 pages) **Reply**: August 1, 2017 (15 pages) |

1

Case No. 16-MD-02752-LHK
CASE MANAGEMENT ORDER

*United States District Court*
*Northern District of California*

| | |
|---|---|
| Hearing on First Motion to Dismiss | August 24, 2017, at 1:30 p.m. |
| Deadline to File Second Consolidated Amended Complaint | October 20, 2017 |
| Defendants' Second Motion to Dismiss | **Mot.**: November 10, 2017<br>**Opp'n**: December 6, 2017<br>**Reply**: December 20, 2017 |
| Hearing on Second Motion to Dismiss | January 25, 2018, at 1:30 p.m. |
| Motion for Class Certification and *Daubert* Motions | **Class Cert. Mot.:** March 9, 2018<br><br>**Class Cert. Opp'n &Defs. *Daubert Mot.*:** April 25, 2018<br><br>**Class Cert. Reply, Pls. Daubert Mot. & Pls. Daubert Opp'n**: May 30, 2018<br><br>**Defs. *Daubert* Opp'n**:  June 21, 2018<br><br>No *Daubert* replies. |
| Hearing on Motion for Class Certification and *Daubert* Motions | July 12, 2018, at 1:30 p.m. |
| Close of Fact Discovery | October 12, 2018 |
| Opening Expert Reports | November 2, 2018 |
| Rebuttal Expert Reports | November 27, 2018 |
| Close of Expert Discovery | December 21, 2018 |
| Motions for Summary Judgment and *Daubert* Motions | **Mot.**: January 10, 2019<br>**Opp'n**: February 7, 2019<br>**Replies**: February 25, 2019 |
| Hearing on Motion for Summary Judgment | March 14, 2019, at 1:30 p.m. |
| Pre-Trial Conference | May 16, 2019, at 1:30 p.m. |
| Trial | May 31, 2019, at 9:00 a.m. |
| Trial Duration | 10 days |
| Briefing Schedule on Post-Trial Motions | **Mot.:** July 17, 2019<br>**Opp'n:** July 31, 2019<br>**Reply:** August 9, 2019 |
| Hearing on Post-Trial Motions | August 29, 2019, at 1:30 p.m. |

United States District Court
Northern District of California

2

Case No. 16-MD-02752-LHK
CASE MANAGEMENT ORDER

1    **IT IS SO ORDERED.**

2

3    Dated: June 15, 2017

4                                                  _Lucy H. Koh_____

5                                                  LUCY H. KOH
                                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. 16-MD-02752-LHK
CASE MANAGEMENT ORDER