| | |
|---|---|
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP**<br>John A. Yanchunis<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: 813/223-5505<br>813/223-5402 (fax)<br>*jyanchunis@ForThePeople.com* | **CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**<br>Gayle M. Blatt, SBN 122048<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: 619/238-1811<br>619/544-9232 (fax)<br>*gmb@cglaw.com* |
| **MILBERG LLP**<br>Ariana J. Tadler (Admitted Pro Hac Vice)<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: 212/594-5300<br>212/868-1229 (fax)<br>*atadler@milberg.com* | **ROBBINS GELLER RUDMAN & DOWD LLP**<br>Stuart A. Davidson (Admitted Pro Hac Vice)<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 5611750-3000<br>5611750-3364 (fax)<br>*sdavidson@rgrdlaw.com* |
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>Karen Hanson Riebel (Admitted Pro Hac Vice)<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: 612/339-6900<br>612/339-0981 (fax)<br>*khriebel@locklaw.com* | |

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA BREACH SECURITY LITIGATION | CASE NO. 16-MD-02752-LHK |

16-MD-02752

Notice of Appearance of Patrick A. Barthle

### NOTICE OF APPEARANCE OF ATTORNEY PATRICK A. BARTHLE

PLEASE TAKE NOTICE that Patrick A. Barthle, Esq., of Morgan & Morgan Complex Litigation Group, hereby enters his appearance as counsel for Plaintiffs and the proposed class, and requests that copies of all pleadings, orders and other papers be served on the undersigned at the address noted below and/or via the ECF filing system.

Dated: October 4, 2017

Respectfully submitted,

/s/ Patrick A. Barthle
**PATRICK A. BARTHLE II**
FBN: 0099286
pbarthle@forthepeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505 Telephone
(813) 223-5402 Facsimile

*Counsel for Plaintiff(s)*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 4, 2017, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all attorneys of record in this matter.

/s/ Patrick A. Barthle