1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12  IN RE: YAHOO! INC. CUSTOMER DATA      Case No. 16-MD-02752-LHK
    SECURITY BREACH LITIGATION
13                                        **ORDER RE: YAHOO RECENT DATA
                                          BREACH DISCLOSURE**
14
15
16
17

18        The Court requests that the parties address the impact on the case schedule of the recent

19  Yahoo disclosure that approximately 3 billion Yahoo users were affected by the 2013 Yahoo data

20  breach.  As a result, the Court extends the October 6, 2017 deadline for the filing of the parties'

21  Joint Case Management Statement to October 11, 2017.

22        The Court appointed Lead Plaintiffs and their Counsel on February 9, 2017.  ECF No.  58.

23  Plaintiffs filed the Consolidated Class Complaint on April 12, 2017.  ECF No. 80.  The Court

24  issued an order granting in part and denying in part Yahoo's motion to dismiss on August 30,

25  2017.  ECF No. 94.  Yahoo's recent disclosure may impact the causes of action alleged in this

26  case, which may delay the case schedule.  To minimize the delay caused by the timing of Yahoo's

27  recent disclosure, Yahoo must disclose to Plaintiffs available information regarding the recent data

28

Case No. 16-MD-02752-LHK
ORDER RE: YAHOO RECENT DATA BREACH DISCLOSURE

United States District Court
Northern District of California

breach disclosure by October 6, 2017, so that the Joint Case Management Statement can propose a realistic amended case schedule.  In addition, Yahoo shall expedite its production of discovery regarding the recent data breach disclosure and include a proposal to do so in the October 11, 2017 Joint Case Management Statement.

The October 13, 2017 Case Management Conference remains as set.  Although the parties may appear telephonically, in light of Yahoo's recent disclosure, the Court invites any party who wishes to appear in person to do so.

**IT IS SO ORDERED.**

Dated: October 5, 2017

_____
LUCY H. KOH
United States District Judge