| | |
|---|---|
| Ann Marie Mortimer (SBN 169077)<br>amortimer@hunton.com<br>Jason J. Kim (SBN 221476)<br>kimj@hunton.com<br>Kirk A. Hornbeck (SBN 241708)<br>khornbeck@hunton.com<br>**HUNTON & WILLIAMS LLP**<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>Telephone: (213) 532-2000<br>Facsimile: (213) 532-2020 | John A. Yanchunis<br>jyanchunis@ForThePeople.com<br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505<br>Facsimile: (813) 223-5402<br><br>Plaintiffs' Lead Counsel |

Samuel A. Danon (admitted *pro hac vice*)
sdanon@hunton.com
John J. Delionado (admitted *pro hac vice*)
jdelionado@hunton.com
**HUNTON & WILLIAMS LLP**
1111 Brickell Ave., Ste. 2500
Miami, FL 33143
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Attorneys for Defendant
Yahoo! Inc. and Aabaco Small
Business, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO.: 16-MD-02752-LHK<br><br>**SEVENTH JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

Plaintiffs, along with Defendants Yahoo! Inc. ("Yahoo") and Aabaco Small Business, LLC ("Aabaco") (together, "Defendants"), having met and conferred, hereby provide this Seventh Joint Case Management Statement, pursuant to this Court's November 9, 2017 Case Management Order. (ECF No. 158.)

## I.  DISCOVERY UPDATES

As directed by the Court, (ECF No. 158), the parties provided joint discovery status reports on Monday, November 13, 2017; Friday, November 17, 2017; and Tuesday, November 21, 2017. *See* (ECF Nos. 160, 164, 166.) Discovery continues to progress, as discussed below:

### A.  30(b)(6) Deposition

On October 13, 2017, Plaintiffs served Defendants with a deposition notice pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, seeking testimony from Defendants on twelve different topics. Defendants presented Sean Zadig for deposition in response to Plaintiffs' October 13, 2017 deposition notice. Mr. Zadig was questioned on November 10, 2017 and November 20, 2017 for a total of approximately 13 hours, after which the deposition was concluded.

### B.  Written Discovery

On November 13, 2017, Defendants served their Responses to Plaintiffs' Second Set of Requests for Production of Documents.

On October 30, 2017, Yahoo served its First Set of Interrogatories and First Set of Requests for Production of Documents. Following written exchanges on November 14 and November 20, on November 29, as well as telephonic discussions on November 28, 2017, the parties met and conferred regarding Defendants' discovery. As a result of those discussions, Defendants agreed to extend Plaintiffs' response deadline to December 18, 2017. The parties currently disagree on certain aspects of scope and burden, which will be reflected in Plaintiffs' objections. The parties anticipate further meet-and-confer discussions after Plaintiffs have served their responses and objections.

### C. Document Productions

To date, Defendants have produced 345,699 documents totaling 1,412,415 pages.  After obtaining the list of search terms from Plaintiffs on November 14 and 16, Defendants ran against the database of collected data and documents those search terms which were not in need of modification nor the subject of the meet and confer sessions (as further discussed below).  Defendants have already reviewed at least 300,000 additional documents resulting from these hits for relevance and responsiveness.  Defendants will continue to produce responsive, non-privileged documents on a rolling basis.  The parties will also continue to meet and confer about production related issues.

On November 8, 2017, Plaintiffs inspected and took possession of a copy of the data that ultimately led to Defendants' October 3, 2017 notice to additional user accounts affected by the August 2013 data theft previously disclosed by Defendants on December 14, 2016.  Plaintiffs' expert team is reviewing this data.

On November 21, 2017, the parties held a meet and confer to address technical issues related to Defendants' document productions.  Specifically, Plaintiffs raised issues pertaining to the availability and functionality of metadata and document links among the documents produced to date, which they believe are relevant to contextual analysis and understanding of those documents.  Defendants have explained that the document links to which Plaintiffs refer, Google Docs, do not have this functionality or otherwise permit this.  The parties will meet and confer about identifying potential solutions.

### D. Privilege Log

On November 15, 2017, Plaintiffs identified specific categories of information they contend should be included in any privilege log.  On November 16, Defendants responded regarding the categories they contend should be included in the privilege log.  Also on November 16, 2017, Defendants produced a privilege log identifying 5,967 documents withheld or redacted as privileged or attorney work product.

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

The parties met and conferred on November 22, 2017 to further discuss the form and content of Defendants' privilege log. Plaintiffs had sought additional information to provide greater context as to the individuals identified and the documents contained on the log to permit a better understanding of the claims of protection asserted. In light of further communications between the parties, Defendants have responded that they are willing to provide certain additional information. The parties anticipate that an agreement regarding the revised log categories and information will be formalized shortly.

### E. Search Terms

On November 14, 2017, Plaintiffs provided Defendants with certain interim search terms to be applied by Defendants. On November 16, 2017, Plaintiffs provided Defendants with additional search terms. Defendants have run the metrics on the numbers of documents containing hits for each term. The parties met and conferred on November 21, 2017, to discuss possible revisions to Plaintiffs' requested search terms in light of the hit counts related to some of Plaintiffs proposed terms.

Plaintiffs have conferred with their expert and have proposed revisions intended to address the issues raised by Defendants. The parties expect to further confer with Defendants between now and December 5, 2017.

On November 16, 2017, Plaintiffs filed their search terms with the Court. (ECF No. 163.) Pursuant to the Court's November 22, 2017 Order, (ECF No. 167), Plaintiffs refiled the search terms on November 28, 2017 consistent with the Court's instructions, (ECF No. 170), and the Court granted the relief requested therein on November 30, 2017, (ECF No. 171).

Plaintiffs continue to evaluate whether there is a need to further supplement the search terms based on their ongoing review of Defendants' document production.

### F. Document Collection

Defendants have completed their collection of documents from all custodians and locations to which the parties agreed. At present, the collection contains at least

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

9.3996 terabytes of information, constituting of more than 51 million documents. The collection from June 2017 to the present increased the volume by approximately 42 GB. Except as noted above, these 51 million documents have yet to be subject to the application of search terms, analytics, or technology assisted review, but is inclusive of all documents that constituted the SEC production. As indicated above, the parties continue to meet and confer about Plaintiffs' search terms, the metrics collected based upon their application, Defendants' anticipated proposed modification of the search terms and deduplication.

### G.   Future Depositions

On November 29, 2017, Plaintiffs advised Defendants of their intent to take the depositions of certain key witnesses, including Justin Somaini, Alex Stamos, Ramses Martinez, and Robert "Bob" Lord during the last two weeks of December and former Chief Executive Officer Marisa Mayer and former General Counsel Ron Bell during the month of February. Defendants promptly responded to the request and are consulting individual counsel for these witnesses and will report back to Plaintiffs about dates of availability.

Dated:  December 1, 2017           **MORGAN & MORGAN**

                                    By:   /s/ John Yanchunis
                                          John Yanchunis
                                          Plaintiffs' Lead Counsel

Dated: December 1, 2017  **HUNTON & WILLIAMS LLP**

By: /s/ Ann Marie Mortimer
Ann Marie Mortimer
Attorneys for Defendants
Yahoo! Inc. and Aabaco Small
Business, LLC

## ATTESTATION

I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: December 1, 2017

By: /s/ Ann Marie Mortimer
Ann Marie Mortimer