UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER AMENDING CASE SCHEDULE** |

At the January 4, 2018 further case management conference, the Court ordered the parties to finalize search terms by January 11, 2018. ECF No. 195 at 1. The Court also ordered the parties to file a joint status report by January 18, 2018 proposing a date of completion for Yahoo's review and production of documents pursuant to those finalized search terms. *Id.* at 1–2.

On January 18, 2018, the parties filed their joint status report. ECF No. 204. They represent that the search terms were finalized on January 11, 2018. *Id.* at 1. Yahoo proposes completing production by March 16, 2018 and providing a privilege log by March 30, 2018. *Id.*

To ensure that the case schedule stays on track, the Court adopts a deadline of February 21, 2018 for Yahoo to complete its review and production of documents pursuant to the finalized search terms. Yahoo shall provide a privilege log by March 7, 2018.

1

Case No. 16-MD-02752-LHK
ORDER AMENDING CASE SCHEDULE

Accordingly, the Court sets the following amended case schedule:

| Scheduled Event | Date |
|---|---|
| Yahoo Privilege Log Deadline | January 26, 2018 |
| Case Management Conference | February 8, 2018 at 1:30 p.m. |
| Defendants' Second Motion to Dismiss | **Opp'n**: February 9, 2018 (32 pages)<br>**Reply**: February 19, 2018 (15 pages) |
| Yahoo Deadline to Complete Review and Production Pursuant to the January 11, 2018 Finalized Search Terms | February 21, 2018 |
| Yahoo Privilege Log Deadline for Documents Identified Pursuant to the January 11, 2018 Finalized Search Terms | March 7, 2018 |
| Hearing on Second Motion to Dismiss | March 8, 2018 at 1:30 p.m. |
| Motion for Class Certification and *Daubert* Motions | **Class Cert. Mot.:** July 13, 2018<br><br>**Class Cert. Opp'n & Defs. *Daubert* Mot.:** August 31, 2018<br><br>**Class Cert. Reply, Pls. *Daubert* Mot., & Pls. *Daubert* Opp'n:** September 21, 2018<br><br>**Defs. *Daubert* Opp'n:** October 12, 2018 |
| Mediation Deadline | September 28, 2018 |
| Hearing on Motion for Class Certification and *Daubert* Motions | November 1, 2018 at 1:30 p.m. |
| Close of Fact Discovery | March 1, 2019 |
| Opening Expert Reports | March 8, 2019 |
| Deadline to Produce Plaintiffs' Experts for Deposition | March 15, 2019 |
| Rebuttal Expert Reports | April 12, 2019 |
| Close of Expert Discovery | April 26, 2019 |
| Motions for Summary Judgment and *Daubert* Motions | **Mot.:** May 24, 2019<br>**Opp'n:** June 21, 2019<br>**Reply:** July 12, 2019 |
| Hearing on Motion for Summary Judgment | August 1, 2019 at 1:30 p.m. |
| Pre-Trial Conference | September 5, 2019 at 1:30 p.m. |
| Trial | September 23, 2019 at 9:00 a.m. |
| Trial Duration | 10 days |
| Briefing Schedule on Post-Trial Motions | **Mot.:** October 14, 2019<br>**Opp'n:** October 28, 2019<br>**Reply:** November 4, 2019 |
| Hearing on Post-Trial Motions | November 21, 2019 at 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: January 24, 2018

_____
LUCY H. KOH
United States District Judge