UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK |
| | **ORDER RE: EFFICIENCY PROTOCOLS** |

To ensure efficiency, the Court adopts the following protocols.  Other than the Plaintiffs' Executive Committee, no other law firms shall work on this MDL without prior approval of the Court.  Motions for approval of additional Plaintiffs' counsel shall identify the additional Plaintiffs' counsel and their background, the specific proposed tasks, and why Plaintiffs' Executive Committee cannot perform these tasks.

**IT IS SO ORDERED.**

Case No. 16-MD-02752-LHK
ORDER RE: EFFICIENCY PROTOCOLS

1    Dated: February 1, 2018

2                                                  _Lucy H. Koh_

3                                                  LUCY H. KOH
                                                   United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

United States District Court
Northern District of California