| | |
|---|---|
| Ann Marie Mortimer (SBN 169077)<br>amortimer@hunton.com<br>Jason J. Kim (SBN 221476)<br>kimj@hunton.com<br>Kirk A. Hornbeck (SBN 241708)<br>khornbeck@hunton.com<br>HUNTON & WILLIAMS LLP<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071<br>Telephone: 213.532.2000<br>Facsimile: 213.532.2020 | Theodore J. Boutrous, Jr. (SBN 132099)<br>tboutrous@gibsondunn.com<br>Joshua A. Jessen (SBN 222831)<br>jjessen@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: 213.229.7000<br>Facsimile:  213.229.7520 |
| Samuel A. Danon (admitted *pro hac vice*)<br>sdanon@hunton.com<br>John J. Delionado (admitted *pro hac vice*)<br>jdelionado@hunton.com<br>HUNTON & WILLIAMS LLP<br>1111 Brickell Avenue, Suite 2500<br>Miami, Florida 33143<br>Telephone: 305.810.2500<br>Facsimile: 305.810.2460 | Michael Li-Ming Wong (SBN 194130)<br>mwong@gibsondunn.com<br>Rachel S. Brass (SBN 219301)<br>rbrass@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Telephone: 415.393.8200<br>Facsimile:  415.393.8306 |

Attorneys for Defendants YAHOO! INC.
and AABACO SMALL BUSINESS, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO! CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 16-MD-02752-LHK<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS YAHOO! INC. AND AABACO SMALL BUSINESS, LLC**<br><br>Hon. Lucy H. Koh |

PLEASE TAKE NOTICE that attorneys Theodore J. Boutrous, Jr. and Joshua A. Jessen of the law firm Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California, 90071, and Michael Li-Ming Wong and Rachel S. Brass of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, California, 94105, enter their appearances as counsel for Defendants Yahoo! Inc. and Aabaco Small Business, LLC in the above-captioned matter.

Appearing counsel request that all papers in this action be served upon the undersigned at the addresses below:

```
THEODORE J. BOUTROUS, JR.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:      213.229.7000
Facsimile:      213.229.7520
Email:          tboutrous@gibsondunn.com

JOSHUA A. JESSEN
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:      213.229.7000
Facsimile:      213.229.7520
Email:          jjessen@gibsondunn.com

MICHAEL LI-MING WONG
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:      415.393.8200
Facsimile:      415.393.8306
Email:          mwong@gibsondunn.com

RACHEL S. BRASS
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:      415.393.8200
Facsimile:      415.393.8306
Email:          rbrass@gibsondunn.com
```

| | | |
|---|---|---|
| DATED: February 27, 2018 | | GIBSON, DUNN & CRUTCHER LLP |
| | By: | /s/ *Theodore J. Boutrous, Jr.* |
| | | THEODORE J. BOUTROUS, JR. |
| DATED: February 27, 2018 | | GIBSON, DUNN & CRUTCHER LLP |
| | By: | /s/ *Joshua A. Jessen* |
| | | JOSHUA A. JESSEN |
| DATED: February 27, 2018 | | GIBSON, DUNN & CRUTCHER LLP |
| | By: | /s/ *Michael Li-Ming Wong* |
| | | MICHAEL LI-MING WONG |
| DATED: February 27, 2018 | | GIBSON, DUNN & CRUTCHER LLP |
| | By: | /s/ *Rachel S. Brass* |
| | | RACHEL S. BRASS |

Attorneys for Defendants YAHOO! INC. and AABACO SMALL BUSINESS, LLC

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Theodore J. Boutrous, Jr. hereby attest that concurrence in the filing of this document has been obtained from Joshua A. Jessen, Michael Li-Ming Wong, and Rachel Brass.

DATED:  February 27, 2018　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP

　　　　　　　　　　　　　　　　　　　　　　　By:   /s/ *Theodore J. Boutrous, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　THEODORE J. BOUTROUS, JR.

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants YAHOO! INC. and AABACO SMALL BUSINESS, LLC