Ann Marie Mortimer (SBN 169077)
amortimer@huntonAK.com
Jason J. Kim (SBN 221476)
kimj@huntonAK.com
Kirk A. Hornbeck (SBN 241708)
khornbeck@huntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

Samuel A. Danon (admitted *pro hac vice*)
sdanon@huntonAK.com
John J. Delionado (admitted *pro hac vice*)
jdelionado@huntonAK.com
**HUNTON ANDREWS KURTH LLP**
1111 Brickell Avenue, Suite 2500
Miami, Florida 33143
Telephone:  (305) 810-2500
Facsimile:  (305) 810-2460

Attorneys for Defendants
Yahoo! Inc. and
Aabaco Small Business, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO.:  16-MD-02752-LHK<br><br>**NOTICE OF FIRM NAME CHANGE** |

**TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, effective immediately, Hunton & Williams LLP has changed its name to Hunton Andrews Kurth LLP.  The firm's addresses, telephone numbers, and facsimile numbers will remain the same.  The email addresses for counsel representing Defendants have changed to reflect the domain name @huntonAK.com.  The new email addresses are as follows:

| ATTORNEYS | NEW EMAIL ADDRESSES |
| --- | --- |
| Ann Marie Mortimer | amortimer@huntonAK.com |
| Jason J. Kim | kimj@huntonAK.com |
| Kirk A. Hornbeck | khornbeck@huntonAK.com |
| Samuel A. Danon | sdanon@hunton.AK |
| John J. Delionado | jdelionado@huntonAK.com |

Dated:  April 9, 2018                                    **HUNTON ANDREWS KURTH LLP**


By:    /s/ Ann Marie Mortimer
         Ann Marie Mortimer
         Attorneys for Defendants
         Yahoo! Inc. and Aabaco Small
         Business, LLC