UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER DENYING PARTIES' REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 223 |

The Court DENIES the parties' request to continue the further case management conference to May 16, 2018. The Court is unable to accommodate the proposed date due to a scheduling conflict with the trial in *Apple Inc. v. Samsung Electronics Co. Ltd.*, No. 11-CV-01846-LHK. The Court may continue the May 9, 2018 further case management conference after receiving the parties' joint case management statement on May 2, 2018.

**IT IS SO ORDERED.**

Dated: April 27, 2018

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge