MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
gmb@cglaw.com

MILBERG TADLER PHILLIPS
GROSSMAN LLP
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)
atadler@milberg.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
khriebel@locklaw.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re YAHOO! INC. CUSTOMER DATA BREACH SECURITY LITIGATION | No. 16-md-02752-LHK<br><br>DECLARATION OF JOHN A. YANCHUNIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, John A. Yanchunis, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Florida and am admitted *pro hac vice* in this Court. I am a member of the law firm Morgan & Morgan, and serve as Chair of the Plaintiffs' Executive Committee as appointed by this Court. I have personal knowledge of the matter stated herein and, if called upon, I could and would competently testify thereto I make this declaration pursuant to 28 USC §1746.

2. The foregoing exhibits are being submitted in connection with Plaintiffs' Motion for Class Certification:

| | |
|---|---|
| EXHIBIT 1 | Chart of Plaintiffs' Claims and Classes |
| EXHIBIT 2 | Verizon Stipulation at ¶¶1-3, 5-6 |
| EXHIBIT 3 | "Response to Civil Investigative Demand," Dec. 15, 2017 (YMDL008625933 at -933-35, -938-41, -957-65) |
| EXHIBIT 4 | "Terms of Service" (YMDL009031006-257) |
| EXHIBIT 5 | Erin Griffith, *Can Verizon Build a Strong Brand from the Bones of Yahoo and AOL?* Wired, June 15, 2018 |
| EXHIBIT 6 | "Privacy Policy" (YMDL009030605-872) |
| EXHIBIT 7 | "Security at Yahoo" webpage (YMDL009031938-975) |
| EXHIBIT 8 | Aabaco TOS |
| EXHIBIT 9 | Aabaco Privacy Policies |
| EXHIBIT 10 | Yahoo press release re: "An Important Message to Yahoo Users on Security," Sept. 22, 2016 (YMDL008625838-839, Somaini Ex. 5) |
| EXHIBIT 11 | "Response to Civil Investigative Demand," Nov. 17, 2017 (YMDL008625903 at -903-05, -909, -917-19, -923-24) |
| EXHIBIT 12 | Defendants' Responses and Objections to Plaintiffs' Amended First Set of Interrogatories at 5-7, 9, 10 |
| EXHIBIT 13 | Yahoo press release re: "Yahoo Provides Notice to Additional Users Affected by Previously Disclosed 2013 Data Theft," Oct. 3, 2017 (YMDL008625857) |
| EXHIBIT 14 | Yahoo press release re: "Important Security Information for Yahoo Users," Dec. 14, 2016 (YMDL000041818-819, Somaini Ex. 6) |

| | | |
|---|---|---|
| EXHIBIT 15 | | Justin Somaini Deposition Transcript Excerpts, taken on May 29, 2018 (pp 22:06-09, 24:05-18, 29:10-23, 29:24-30:09, 38:20-41:03, 50:05-14, 60:12-64:11, 110:06-14, 121:07-123:05, 125:11-126:04, 148:15-25, 166:21-174:07, 184:14-193:11, 198:06-204:19, 236:12-237:19, 275:04-276:16, 280:10-281:16, 288:10-290:19) |
| EXHIBIT 16 | | "Executive Security Briefing–Q2 2012" (YMDL000903331, Somaini Ex. 12) |
| EXHIBIT 17 | | "Q3 IRM All Hands," Aug. 23, 2011; Robert Lord email re: "2011 Maturity Assessment," Feb. 20, 2016, with attached presentation dated Aug. 23, 2011 (YMDL001088370, Somaini Ex. 9) |
| EXHIBIT 18 | | "Executive Security Briefing – Q3 2012," Dec. 11, 2012 (YMDL000932713, Somaini Ex. 13) |
| EXHIBIT 19 | | "Paranoids Central Tech QOR," May 1, 2013 (YMDL000795793) |
| EXHIBIT 20 | | "Yahoo Overall Security Posture–Q2 2013" (YMDL008669990-0019 at -991) |
| EXHIBIT 21 | | Ramses Martinez Deposition Transcript Excerpts, taken on May 14-15, 2018 (pp. 36:10-37:09, 104:25-105:15, 104:25-106:07, 108:03-109:04, 109:09-110:09, 113:15-115:08, 127:21-128:15, 134:13-136:21, 135:16-136:21, 138:20-139:06, 147:01-150:04, 150:05-15, 150:19-151:25, 153:21-154:11, 167:21-168:11, 171:10-173:06, 206:22-207:25, 209:10-25, 229:05-24, 229:25-231:05, 256:14-257:21, 610:16-612:11, 611:20-612:01) |
| EXHIBIT 22 | | "Multi-Year Strategic Plan – Yahoo! Paranoids August 2013" (YMDL000385419-449 at -428, -449) |
| EXHIBIT 23 | | "P&P Operating Review," June 12, 2014 (YMDL001413252 at -289) |
| EXHIBIT 24 | | Alexander Stamos Deposition Transcript Excerpts, taken on May 25, 2017 in *Spain v. Mayer*, Case No. 17-CV-307054 (Cal. Super. Ct., Santa Clara Cty.) (pp. 25:01-32:13, 36:03-37:12, 44:11-45:01, 50:04-52:25, 61:15-62:17, 74:12-75:05, 77:17-81:11, 82:17-83:12, 89:07-91:05, 92:22-95:21, 104:12-105:10, 105:18-108:15, 139:06-155:25, 142:14-145:04, 150:12-152:14) |
| EXHIBIT 25 | | Robert Lord daily notes, Feb. 5, 2016 (JCCP01184601 at -758 at -635, -645, -659, Lord Ex. 9) |
| EXHIBIT 26 | | Email from Alexander Stamos re: "Impact List for Paranoids," Feb. 21, 2015 (YMDL000724526) |
| EXHIBIT 27 | | Alexander C. Stamos Deposition Transcript Excerpts, taken on June 28, 2018 (pp. 53:12-54:22, 64:04-20, 83:09-22, 84:18-85:11, 111:16-113:09, 116:20-117:23, 128:19-129:20, 171:07-179:11, 254:12-262:05, 266:23- |

|   |   |
|---|---|
|   | 267:16, 272:17-275:08, 278:10-282:02, 446:10-452:11), and Exs. 11 and 12 |
| EXHIBIT 28 | Text messages, July 14, 2016 (YMDL001184601-792 at -758, Rohlf Ex. 58) |
| EXHIBIT 29 | "Response to Civil Investigative Demand," Jan. 19, 2018 (YMDL008625968 at -968-73, -980, -001) |
| EXHIBIT 30 | Marty Garvin email re: "CIO Org Risk Assessment Discussion," Aug. 27, 2013 (YMDL002506707-708) |
| EXHIBIT 31 | Email from P.P.S. Narayan re: "Alignment with Top Priorities," Dec. 16, 2014, with attached "Security and Privacy – Research Vision" presentation, Nov. 3, 2014 (YMDL007830798-047 at -802, -806) |
| EXHIBIT 32 | Dell SecureWorks "UDB Environment Breach Report – Project Dickens," Oct. 31, 2013 (YMDL000000332-375 at -341, -343, Martinez Ex. 40) |
| EXHIBIT 33 | "Dubai Investigation Update," Aug. 27, 2013 (YMDL000281950) |
| EXHIBIT 34 | "Response to Civil Investigative Demand," June 22, 2018 (YMDL009032263 at -263-65, -271) |
| EXHIBIT 35 | Carnegie Mellon University Software Engineering Institute, "Vulnerability Note VU#836068 – MD5 vulnerable to collision attacks," Jan. 21, 2009 (Somaini Ex. 11) |
| EXHIBIT 36 | Emails between Jay Rossiter and Victoria Coleman re: "Proposal to Rotate User Passwords," Apr. 9, 2014 (YMDL000247262-264) |
| EXHIBIT 37 | Elizabeth Zwicky email re: "Big, Hairy Problems," Oct. 25, 2011 (YMDL002465629, Martinez Ex. 10) |
| EXHIBIT 38 | Sean Zadig Deposition Transcript Excerpts, taken on November 20, 1017 (pp. 482:03-20, 533:14-534:06, 588:15-593:09) |
| EXHIBIT 39 | Ramses Martinez email re: "Microsoft Report and Y! domain audit," Feb. 14, 2013, with attached "Microsoft Project Gordon - Technical Summary Notes," "Incident Response Report," and Jan. 13, 2012 "Security Breach Briefing" (YMDL001246024-114 at -036, Martinez Ex. 19) |
| EXHIBIT 40 | Email from John Rote re: "Post Mortem Report," Mar. 14, 2013, with attached draft "Post Mortem Report" (YMDL002453059-065 at -060, Martinez Ex. 21) |
| EXHIBIT 41 | Mandiant "Threat Assessment Program (TAP) Report," Apr. 20, 2012 (YMDL000000523-562, Martinez Ex. 20) |

| | | |
|---|---|---|
| EXHIBIT 42 | | Email from John Rote to Ramses Martinez re: "Updated: Post Mortem," May 9, 2012, with attached "Post Mortem Report" (YMDL002242331-343 at -332, Martinez Ex. 23) |
| EXHIBIT 43 | | "Alex - Marissa Presentation" (YMDL001407094-461 at -166) |
| EXHIBIT 44 | | Draft "Security Update for the Yahoo! Board," June 18, 2013 (YMDL001317654) |
| EXHIBIT 45 | | Ramses Martinez Deposition Transcript Excerpts, taken on May 25, 2017 in *Spain v. Mayer*, Case No. 17-CV-307054 (Cal. Super. Ct., Santa Clara Cty.) (pp. 57:05-59:05, 57:18-59:05, 87:10-89:12, 117:14-121:09, 165:05-24, 167:02-169:18, 171:14-19, 171:23-176:07) |
| EXHIBIT 46 | | "Incident Update and Plan," Feb. 9, 2015 (YMDL000788970 at p. 7-11) |
| EXHIBIT 47 | | "Paranoid Strategy and Roadmap," June 23, 2015 (YMDL001407361-367 at -365) |
| EXHIBIT 48 | | Email from Bob Lord to Paranoids leadership team re: "Justification Musings," Mar. 25, 2015 (YMDL001484687, Lord Ex. 13) |
| EXHIBIT 49 | | "2017 Strategy–Operating Plan–Science & Technology," Nov. 11, 2016 (YMDL000014673-712 at -677) |
| EXHIBIT 50 | | Alexander Stamos email re: "Yahoo Server Seemingly Hacked," Oct. 6, 2014 (YMDL000722900-903) |
| EXHIBIT 51 | | "IIR Team 2015 Tools and Capabilities," Feb. 28, 2015 (YMDL000342582-589 at -587) |
| EXHIBIT 52 | | Christopher P. Rohlf Deposition Transcript Excerpts, taken on June 26, 2018 (pp. 100:05-101:22, 176:16-180:09, 283:10-285:06, 367:15-25) |
| EXHIBIT 53 | | Emails between Suzane Philion, Chris Rohlf, Ricky Connell, re: "Updating DROWN media statement," Mar. 2, 2016 (YMDL001536577-580) |
| EXHIBIT 54 | | Robert Lord Deposition Transcript Excerpts, Vol. II taken on June 08, 2018 (pp. 16:03-23, 29:03-30:12) |
| EXHIBIT 55 | | Chris Rohlf email re: "Project CIE – Heads Up," Jan. 7, 2016. (YMDL000195213) |
| EXHIBIT 56 | | Text messages between Robert Lord and Chris Rohlf, Jan. 26, 2016 (YMDL000926792, Lord. Ex. 18) |
| EXHIBIT 57 | | Text messages, Apr. 14, 2016 (C C.ROHLF-00047-079 at -052, Rohlf Ex. 36) |

| | | |
|---|---|---|
| 1 | EXHIBIT 58 | "AFC Security Update," Feb. 22, 2016 (YMDL001412367-413 at -404) |
| 2 | EXHIBIT 59 | "Crystal Castle," June 2016 (YMDL001412338-343 at -341) |
| 3, 4 | EXHIBIT 60 | "Project Siberia – Executive and Legal Briefing," Nov. 21, 2014 (YMDL001412256-268 at -258, -262, Martinez Ex. 13) |
| 5 | EXHIBIT 61 | "Response to Civil Investigative Demand," Jan. 26, 2018 (YMDL008626005-021 at -005, -008-11) |
| 6, 7 | EXHIBIT 62 | "Security Update for the Board," Oct. 5, 2016 (YMDL000955399-412 at -407); |
| 8, 9 | EXHIBIT 63 | "Project Siberia Update: Data Exfiltration Findings," Dec. 10, 2014 (YMDL001407130-136 at -131, Martinez Ex. 14) |
| 10 | EXHIBIT 64 | Text messages, Oct. 13, 2014 (YMDL001016610) |
| 11 | EXHIBIT 65 | Alexander Stamos email re: "Weekly Security Update," Nov. 4, 2014 (YMDL000033818) |
| 12, 13, 14 | EXHIBIT 66 | Email chain between Alexander Stamos, Trish Crawley, Lisa Casson re: "Scheduling a Security Briefing," Nov. 5-24, 2014 (YMDL001408182-183) |
| 15 | EXHIBIT 67 | Stroz Friedberg "Yahoo! Inc. Forensic Report," Nov. 16, 2016 (YMDL000000418-430 at -425, -426, Zadig Ex. 23) |
| 16, 17 | EXHIBIT 68 | "Yahoo! SCRC: Introduction to Presentation on Investigation," Feb. 14, 2017 (YMDL009030551-561 at -553, -560) |
| 18, 19 | EXHIBIT 69 | Alexander Stamos email re: "Presentation – Invitation to comment," Dec. 10, 2012 (YMDL008935029) |
| 20 | EXHIBIT 70 | Alexander Stamos email re: "Marissa Discussion," Dec. 11, 2014 (YMDL001408723) |
| 21, 22 | EXHIBIT 71 | Email chain between Sarah Meron and Anne Espiritu re: "Security issue," Dec. 12, 2014 (YMDL000501364) |
| 23 | EXHIBIT 72 | "Siberia" (YMDL001412352) |
| 24, 25 | EXHIBIT 73 | Email from Yahoo Security Team to Yahoo user re: "Important Information Regarding your Yahoo Mail account," Dec. 18, 2014 (YMDL000000241) |
| 26, 27 | EXHIBIT 74 | "Minutes of a Regular Meeting of the Audit and Finance Committee of the Board of Directors," Apr. 15, 2015 (YMDL001408412-421) |

DECLARATION OF JOHN A. YANCHUNIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - 16-md-02752-LHK                                                                                    - 5 -

| | | |
|---|---|---|
| | EXHIBIT 75 | "Security Review and 2015 Priorities" presentation, Apr. 15, 2015 (YMDL000010430-447) |
| | EXHIBIT 76 | "Siberia – Visual Map" charts (YMDL001126972, YMDL000010565, and YMDL000010566). |
| | EXHIBIT 77 | "Minutes of a Special Meeting of the Board of Directors," Sept. 27, 2016 (YMDL000008093-097) |
| | EXHIBIT 78 | Yahoo! Inc., Annual Report (Form 10-K) (Mar. 1, 2017) (relevant portions marked as Ex. 6) |
| | EXHIBIT 79 | "Response to Civil Investigative Demand," Mar. 16, 2018 (YMDL009030574 at -574, -588-93) |
| | EXHIBIT 80 | Paul Dugas Deposition Transcript Excerpts, taken on June 20, 2018 (pp. 11:24-25; 21:2-9; 36:17-37:25; 61:6–23; 119:14-23; 184:25-185:6; 186:4-9; 191:19-192:2; 313:16-314:24; 318:8-17) |
| | EXHIBIT 81 | Hashmatullah J. Essar Deposition Transcript Excerpts, taken on July 7, 2018 (23:19-24:11; 25:15-17; 27:1-17; 27:18-28:3; 138:7-20; 142:1–9;142:24-145:2; 224:25-225:10) |
| | EXHIBIT 82 | Mali Granot Deposition Transcript Excerpts, taken on June 7, 2018 (23:1-17; 24:16-25:20; 57:10-60:6; 219:6-220:10; 257:23-258:13; 259:5-260:11) |
| | EXHIBIT 83 | Kimberly Heines Deposition Transcript Excerpts, taken on June 29, 2018 (pp. 21:5-12; 23:21-24:5; 27:3-28:5; 80:18-81:6; 119:21-23; 160:22-162:1; 169:7-171:9.; 246:9-247:25; 267:11-16) |
| | EXHIBIT 84 | Andrew J. Mortensen Deposition Transcript, taken on May 11, 2018 (pp. 22:12-23:12; 227:20-228:7; 250:14-252:5; 252:1-255:12) |
| | EXHIBIT 85 | Brian Neff Deposition Transcript, taken on June 12, 2018 (pp. 13:18-14:5; 18:18-22:24; 283:8-284:2) |
| | EXHIBIT 86 | Deana Ridolfo Deposition Transcript, taken on June 21, 2018 (pp. 18:2-23; 94:8-95:7; 96:15-97:4; 106:11-25) |
| | EXHIBIT 87 | Matthew Ridolfo Deposition Transcript, taken on June 20, 2018 (pp. 23:11–24:17; 23:24-24:17; 143:21-145:25; 153:5-155:3; 158:8-19; 208:10-209:11; 216:13-217:22) |
| | EXHIBIT 88 | Gayle M. Blatt Biography and Casey Gerry Resume |
| | EXHIBIT 89 | Karen H Riebel Biography and Lockridge Grindal Resume |
| | EXHIBIT 90 | Ariana J. Tadler Biography and Milberg Tadler Resume |
| | EXHIBIT 91 | John Yanchunis Biography and Morgan and Morgan Resume |

EXHIBIT 92    Stuart A. Davidson Biography and Robbins Geller Rudman & Dowd LLP Resume

EXHIBIT 93    Expert Report of Mary Frantz, Enterprise Knowledge Partners, LLC

EXHIBIT 94    Declaration of Jim Van Dyke, MBA, BS, AA

EXHIBIT 95    Declaration of Gary M. Parilis, Ph.D.

EXHIBIT 96    Declaration of Ian Ratner, CA, CBV, CPA/ABV, ASA, CFE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of July, 2018, at Tampa, Florida.

*s/ John A. Yanchunis*
JOHN A. YANCHUNIS