MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
gmb@cglaw.com

MILBERG TADLER PHILLIPS GROSSMAN LLP
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)
atadler@milberg.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
khriebel@locklaw.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re YAHOO! INC. CUSTOMER DATA BREACH SECURITY LITIGATION

No. 16-md-02752-LHK

DECLARATION OF JOHN A. YANCHUNIS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, John A. Yanchunis, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Florida and am admitted *pro hac vice* in this Court. I am a member of the law firm Morgan & Morgan, and serve as Chair of the Plaintiffs' Executive Committee as appointed by this Court. I have personal knowledge of the matter stated herein and, if called upon, I could and would competently testify thereto I make this declaration pursuant to 28 USC §1746.

2. The foregoing exhibits are being submitted in connection with Plaintiffs' Motion for Class Certification:

| | |
|---|---|
| EXHIBIT 1 | Chart of Plaintiffs' Claims and Classes |
| EXHIBIT 2 | Verizon Stipulation at ¶¶1-3, 5-6 |
| EXHIBIT 3 | "Response to Civil Investigative Demand," Dec. 15, 2017 (YMDL008625933 at -933-35, -938-41, -957-65) |
| EXHIBIT 4 | "Terms of Service" (YMDL009031006-257) |
| EXHIBIT 5 | Erin Griffith, *Can Verizon Build a Strong Brand from the Bones of Yahoo and AOL?* Wired, June 15, 2018 |
| EXHIBIT 6 | "Privacy Policy" (YMDL009030605-872) |
| EXHIBIT 7 | "Security at Yahoo" webpage (YMDL009031938-975) |
| EXHIBIT 8 | Aabaco TOS |
| EXHIBIT 9 | Aabaco Privacy Policies |
| EXHIBIT 10 | Yahoo press release re: "An Important Message to Yahoo Users on Security," Sept. 22, 2016 (YMDL008625838-839, Somaini Ex. 5) |
| EXHIBIT 11 | "Response to Civil Investigative Demand," Nov. 17, 2017 (YMDL008625903 at -903-05, -909, -917-19, -923-24) |
| EXHIBIT 12 | Defendants' Responses and Objections to Plaintiffs' Amended First Set of Interrogatories at 5-7, 9, 10 |
| EXHIBIT 13 | Yahoo press release re: "Yahoo Provides Notice to Additional Users Affected by Previously Disclosed 2013 Data Theft," Oct. 3, 2017 (YMDL008625857) |
| EXHIBIT 14 | Yahoo press release re: "Important Security Information for Yahoo Users," Dec. 14, 2016 (YMDL000041818-819, Somaini Ex. 6) |

EXHIBIT 15 Justin Somaini Deposition Transcript Excerpts, taken on May 29, 2018 (pp 22:06-09, 24:05-18, 29:10-23, 29:24-30:09, 38:20-41:03, 50:05-14, 60:12-64:11, 110:06-14, 121:07-123:05, 125:11-126:04, 148:15-25, 166:21-174:07, 184:14-193:11, 198:06-204:19, 236:12-237:19, 275:04-276:16, 280:10-281:16, 288:10-290:19)

EXHIBIT 16 "Executive Security Briefing–Q2 2012" (YMDL000903331, Somaini Ex. 12)

EXHIBIT 17 "Q3 IRM All Hands," Aug. 23, 2011; Robert Lord email re: "2011 Maturity Assessment," Feb. 20, 2016, with attached presentation dated Aug. 23, 2011 (YMDL001088370, Somaini Ex. 9)

EXHIBIT 18 "Executive Security Briefing – Q3 2012," Dec. 11, 2012 (YMDL000932713, Somaini Ex. 13)

EXHIBIT 19 "Paranoids Central Tech QOR," May 1, 2013 (YMDL000795793)

EXHIBIT 20 "Yahoo Overall Security Posture–Q2 2013" (YMDL008669990-0019 at -991)

EXHIBIT 21 Ramses Martinez Deposition Transcript Excerpts, taken on May 14-15, 2018 (pp. 36:10-37:09, 104:25-105:15, 104:25-106:07, 108:03-109:04, 109:09-110:09, 113:15-115:08, 127:21-128:15, 134:13-136:21, 135:16-136:21, 138:20-139:06, 147:01-150:04, 150:05-15, 150:19-151:25, 153:21-154:11, 167:21-168:11, 171:10-173:06, 206:22-207:25, 209:10-25, 229:05-24, 229:25-231:05, 256:14-257:21, 610:16-612:11, 611:20-612:01)

EXHIBIT 22 "Multi-Year Strategic Plan – Yahoo! Paranoids August 2013" (YMDL000385419-449 at -428, -449)

EXHIBIT 23 "P&P Operating Review," June 12, 2014 (YMDL001413252 at -289)

EXHIBIT 24 Alexander Stamos Deposition Transcript Excerpts, taken on May 25, 2017 in *Spain v. Mayer*, Case No. 17-CV-307054 (Cal. Super. Ct., Santa Clara Cty.) (pp. 25:01-32:13, 36:03-37:12, 44:11-45:01, 50:04-52:25, 61:15-62:17,74:12-75:05, 77:17-81:11, 82:17-83:12 , 89:07-91:05, 92:22-95:21, 104:12-105:10, 105:18-108:15, 139:06-155:25, 142:14-145:04, 150:12-152:14)

EXHIBIT 25 Robert Lord daily notes, Feb. 5, 2016 (JCCP01184601 at -758 at -635, -645, -659, Lord Ex. 9)

EXHIBIT 26 Email from Alexander Stamos re: "Impact List for Paranoids," Feb. 21, 2015 (YMDL000724526)

EXHIBIT 27 Alexander C. Stamos Deposition Transcript Excerpts, taken on June 28, 2018 (pp. 53:12-54:22, 64:04-20, 83:09-22, 84:18-85:11, 111:16-113:09, 116:20-117:23, 128:19-129:20, 171:07-179:11, 254:12-262:05, 266:23-

| | |
|---|---|
| | 267:16, 272:17-275:08, 278:10-282:02, 446:10-452:11), and Exs. 11 and 12 |
| EXHIBIT 28 | Text messages, July 14, 2016 (YMDL001184601-792 at -758, Rohlf Ex. 58) |
| EXHIBIT 29 | "Response to Civil Investigative Demand," Jan. 19, 2018 (YMDL008625968 at -968-73, -980, -001) |
| EXHIBIT 30 | Marty Garvin email re: "CIO Org Risk Assessment Discussion," Aug. 27, 2013 (YMDL002506707-708) |
| EXHIBIT 31 | Email from P.P.S. Narayan re: "Alignment with Top Priorities," Dec. 16, 2014, with attached "Security and Privacy – Research Vision" presentation, Nov. 3, 2014 (YMDL007830798-047 at -802, -806) |
| EXHIBIT 32 | Dell SecureWorks "UDB Environment Breach Report – Project Dickens," Oct. 31, 2013 (YMDL000000332-375 at -341, -343, Martinez Ex. 40) |
| EXHIBIT 33 | "Dubai Investigation Update," Aug. 27, 2013 (YMDL000281950) |
| EXHIBIT 34 | "Response to Civil Investigative Demand," June 22, 2018 (YMDL009032263 at -263-65, -271) |
| EXHIBIT 35 | Carnegie Mellon University Software Engineering Institute, "Vulnerability Note VU#836068 – MD5 vulnerable to collision attacks," Jan. 21, 2009 (Somaini Ex. 11) |
| EXHIBIT 36 | Emails between Jay Rossiter and Victoria Coleman re: "Proposal to Rotate User Passwords," Apr. 9, 2014 (YMDL000247262-264) |
| EXHIBIT 37 | Elizabeth Zwicky email re: "Big, Hairy Problems," Oct. 25, 2011 (YMDL002465629, Martinez Ex. 10) |
| EXHIBIT 38 | Sean Zadig Deposition Transcript Excerpts, taken on November 20, 1017 (pp. 482:03-20, 533:14-534:06, 588:15-593:09) |
| EXHIBIT 39 | Ramses Martinez email re: "Microsoft Report and Y! domain audit," Feb. 14, 2013, with attached "Microsoft Project Gordon - Technical Summary Notes," "Incident Response Report," and Jan. 13, 2012 "Security Breach Briefing" (YMDL001246024-114 at -036, Martinez Ex. 19) |
| EXHIBIT 40 | Email from John Rote re: "Post Mortem Report," Mar. 14, 2013, with attached draft "Post Mortem Report" (YMDL002453059-065 at -060, Martinez Ex. 21) |
| EXHIBIT 41 | Mandiant "Threat Assessment Program (TAP) Report," Apr. 20, 2012 (YMDL000000523-562, Martinez Ex. 20) |

| | |
|---|---|
| EXHIBIT 42 | Email from John Rote to Ramses Martinez re: "Updated: Post Mortem," May 9, 2012, with attached "Post Mortem Report" (YMDL002242331-343 at -332, Martinez Ex. 23) |
| EXHIBIT 43 | "Alex - Marissa Presentation" (YMDL001407094-461 at -166) |
| EXHIBIT 44 | Draft "Security Update for the Yahoo! Board," June 18, 2013 (YMDL001317654) |
| EXHIBIT 45 | Ramses Martinez Deposition Transcript Excerpts, taken on May 25, 2017 in *Spain v. Mayer*, Case No. 17-CV-307054 (Cal. Super. Ct., Santa Clara Cty.) (pp. 57:05-59:05, 57:18-59:05, 87:10-89:12, 117:14-121:09, 165:05-24, 167:02-169:18, 171:14-19, 171:23-176:07) |
| EXHIBIT 46 | "Incident Update and Plan," Feb. 9, 2015 (YMDL000788970 at p. 7-11) |
| EXHIBIT 47 | "Paranoid Strategy and Roadmap," June 23, 2015 (YMDL001407361-367 at -365) |
| EXHIBIT 48 | Email from Bob Lord to Paranoids leadership team re: "Justification Musings," Mar. 25, 2015 (YMDL001484687, Lord Ex. 13) |
| EXHIBIT 49 | "2017 Strategy–Operating Plan–Science & Technology," Nov. 11, 2016 (YMDL000014673-712 at -677) |
| EXHIBIT 50 | Alexander Stamos email re: "Yahoo Server Seemingly Hacked," Oct. 6, 2014 (YMDL000722900-903) |
| EXHIBIT 51 | "IIR Team 2015 Tools and Capabilities," Feb. 28, 2015 (YMDL000342582-589 at -587) |
| EXHIBIT 52 | Christopher P. Rohlf Deposition Transcript Excerpts, taken on June 26, 2018 (pp. 100:05-101:22, 176:16-180:09, 283:10-285:06, 367:15-25) |
| EXHIBIT 53 | Emails between Suzane Philion, Chris Rohlf, Ricky Connell, re: "Updating DROWN media statement," Mar. 2, 2016 (YMDL001536577-580) |
| EXHIBIT 54 | Robert Lord Deposition Transcript Excerpts, Vol. II taken on June 08, 2018 (pp. 16:03-23, 29:03-30:12) |
| EXHIBIT 55 | Chris Rohlf email re: "Project CIE – Heads Up," Jan. 7, 2016. (YMDL000195213) |
| EXHIBIT 56 | Text messages between Robert Lord and Chris Rohlf, Jan. 26, 2016 (YMDL000926792, Lord. Ex. 18) |
| EXHIBIT 57 | Text messages, Apr. 14, 2016 (C C.ROHLF-00047-079 at -052, Rohlf Ex. 36) |

EXHIBIT 58 "AFC Security Update," Feb. 22, 2016 (YMDL001412367-413 at -404)

EXHIBIT 59 "Crystal Castle," June 2016 (YMDL001412338-343 at -341)

EXHIBIT 60 "Project Siberia – Executive and Legal Briefing," Nov. 21, 2014 (YMDL001412256-268 at -258, -262, Martinez Ex. 13)

EXHIBIT 61 "Response to Civil Investigative Demand," Jan. 26, 2018 (YMDL008626005-021 at -005, -008-11)

EXHIBIT 62 "Security Update for the Board," Oct. 5, 2016 (YMDL000955399-412 at -407);

EXHIBIT 63 "Project Siberia Update: Data Exfiltration Findings," Dec. 10, 2014 (YMDL001407130-136 at -131, Martinez Ex. 14)

EXHIBIT 64 Text messages, Oct. 13, 2014 (YMDL001016610)

EXHIBIT 65 Alexander Stamos email re: "Weekly Security Update," Nov. 4, 2014 (YMDL000033818)

EXHIBIT 66 Email chain between Alexander Stamos, Trish Crawley, Lisa Casson re: "Scheduling a Security Briefing," Nov. 5-24, 2014 (YMDL001408182-183)

EXHIBIT 67 Stroz Friedberg "Yahoo! Inc. Forensic Report," Nov. 16, 2016 (YMDL000000418-430 at -425, -426, Zadig Ex. 23)

EXHIBIT 68 "Yahoo! SCRC: Introduction to Presentation on Investigation," Feb. 14, 2017 (YMDL009030551-561 at -553, -560)

EXHIBIT 69 Alexander Stamos email re: "Presentation – Invitation to comment," Dec. 10, 2012 (YMDL008935029)

EXHIBIT 70 Alexander Stamos email re: "Marissa Discussion," Dec. 11, 2014 (YMDL001408723)

EXHIBIT 71 Email chain between Sarah Meron and Anne Espiritu re: "Security issue," Dec. 12, 2014 (YMDL000501364)

EXHIBIT 72 "Siberia" (YMDL001412352)

EXHIBIT 73 Email from Yahoo Security Team to Yahoo user re: "Important Information Regarding your Yahoo Mail account," Dec. 18, 2014 (YMDL000000241)

EXHIBIT 74 "Minutes of a Regular Meeting of the Audit and Finance Committee of the Board of Directors," Apr. 15, 2015 (YMDL001408412-421)

| | |
|---|---|
| EXHIBIT 75 | "Security Review and 2015 Priorities" presentation, Apr. 15, 2015 (YMDL000010430-447) |
| EXHIBIT 76 | "Siberia – Visual Map" charts (YMDL001126972, YMDL000010565, and YMDL000010566). |
| EXHIBIT 77 | "Minutes of a Special Meeting of the Board of Directors," Sept. 27, 2016 (YMDL000008093-097) |
| EXHIBIT 78 | Yahoo! Inc., Annual Report (Form 10-K) (Mar. 1, 2017) (relevant portions marked as Ex. 6) |
| EXHIBIT 79 | "Response to Civil Investigative Demand," Mar. 16, 2018 (YMDL009030574 at -574, -588-93) |
| EXHIBIT 80 | Paul Dugas Deposition Transcript Excerpts, taken on June 20, 2018 (pp. 11:24-25; 21:2-9; 36:17-37:25; 61:6–23; 119:14-23; 184:25-185:6; 186:4-9; 191:19-192:2; 313:16-314:24; 318:8-17) |
| EXHIBIT 81 | Hashmatullah J. Essar Deposition Transcript Excerpts, taken on July 7, 2018 (23:19-24:11; 25:15-17; 27:1-17; 27:18-28:3; 138:7-20; 142:1–9;142:24-145:2; 224:25-225:10) |
| EXHIBIT 82 | Mali Granot Deposition Transcript Excerpts, taken on June 7, 2018 (23:1-17; 24:16-25:20; 57:10-60:6; 219:6-220:10; 257:23-258:13; 259:5-260:11) |
| EXHIBIT 83 | Kimberly Heines Deposition Transcript Excerpts, taken on June 29, 2018 (pp. 21:5-12; 23:21-24:5; 27:3-28:5; 80:18-81:6; 119:21-23; 160:22-162:1; 169:7-171:9.; 246:9-247:25; 267:11-16) |
| EXHIBIT 84 | Andrew J. Mortensen Deposition Transcript, taken on May 11, 2018 (pp. 22:12-23:12; 227:20-228:7; 250:14-252:5; 252:1-255:12) |
| EXHIBIT 85 | Brian Neff Deposition Transcript, taken on June 12, 2018 (pp. 13:18-14:5; 18:18-22:24; 283:8-284:2) |
| EXHIBIT 86 | Deana Ridolfo Deposition Transcript, taken on June 21, 2018 (pp. 18:2-23; 94:8-95:7; 96:15-97:4; 106:11-25) |
| EXHIBIT 87 | Matthew Ridolfo Deposition Transcript, taken on June 20, 2018 (pp. 23:11–24:17; 23:24-24:17; 143:21-145:25; 153:5-155:3; 158:8-19; 208:10-209:11; 216:13-217:22) |
| EXHIBIT 88 | Gayle M. Blatt Biography and Casey Gerry Resume |
| EXHIBIT 89 | Karen H Riebel Biography and Lockridge Grindal Resume |
| EXHIBIT 90 | Ariana J. Tadler Biography and Milberg Tadler Resume |
| EXHIBIT 91 | John Yanchunis Biography and Morgan and Morgan Resume |

| | |
|---|---|
| EXHIBIT 92 | Stuart A. Davidson Biography and Robbins Geller Rudman & Dowd LLP Resume |
| EXHIBIT 93 | Expert Report of Mary Frantz, Enterprise Knowledge Partners, LLC |
| EXHIBIT 94 | Declaration of Jim Van Dyke, MBA, BS, AA |
| EXHIBIT 95 | Declaration of Gary M. Parilis, Ph.D. |
| EXHIBIT 96 | Declaration of Ian Ratner, CA, CBV, CPA/ABV, ASA, CFE |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of July, 2018, at Tampa, Florida.

*s/ John A. Yanchunis*
JOHN A. YANCHUNIS