# I MUST

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from the Settlement, but you want to keep the right to sue or continue to sue the Defendants on your own for the Settlement Class Claims, then you must take steps to get out of the Settlement Class. This is called excluding yourself or "opting out" of the Settlement Class.

### 13. How Do I Get Out of the Settlement Class?

To exclude yourself from the Settlement Class, you must send a letter by mail stating that you "request exclusion from the Settlement Class in the *Yahoo Securities Litigation*." To be valid, the letter must state (A) your name, address, telephone number, signature, and e-mail address (if any); (B) the date, number of Yahoo securities, and dollar amount of all purchases, acquisitions, sales, or dispositions of Yahoo securities between April 30, 2013 and December 14, 2016, both dates inclusive; and (C) the number of Yahoo securities held by you as of December 14, 2016. Any request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must submit your exclusion request so that it is **postmarked no later than August 16, 2018** at:

In re Yahoo! Inc. Securities Litigation
Exclusions
c/o JND Legal Administration
P.O. Box 91347
Seattle, WA 98111

# ILLEGAL

*[Signature]*

State of Wisconsin } ss
Waukesha County
Subscribed and sworn to before me
this 31 day of July
*[Signature]*
Notary Public Waukesha County, WI
My commission expires 6/14/2020

JONATHAN COMBS
NOTARY PUBLIC
STATE OF WISCONSIN

# Exclude Me: Michael Mourek

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from the Settlement, but you want to keep the right to sue or continue to sue the Defendants on your own for the Settlement Class Claims, then you must take steps to get out of the Settlement Class. This is called excluding yourself or "opting out" of the Settlement Class.

### 13. How Do I Get Out of the Settlement Class?

To exclude yourself from the Settlement Class, you must send a letter by mail stating that you "request exclusion from the Settlement Class in the *Yahoo Securities Litigation*." To be valid, the letter must state (A) your name, address, telephone number, signature, and e-mail address (if any); (B) the date, number of Yahoo securities, and dollar amount of all purchases, acquisitions, sales, or dispositions of Yahoo securities between April 30, 2013 and December 14, 2016, both dates inclusive; and (C) the number of Yahoo securities held by you as of December 14, 2016. Any request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must submit your exclusion request so that it is **postmarked no later than August 16, 2018** at:

In re Yahoo! Inc. Securities Litigation
Exclusions
c/o JND Legal Administration
P.O. Box 91347
Seattle, WA 98111

State of Wisconsin } ss
Waukesha County }

Subscribed and sworn to before me this 31 day of July

Notary Public Waukesha County, WI
My commission expires 6/14/2020

JONATHAN COMBS
NOTARY PUBLIC
STATE OF WISCONSIN

**I MUST**

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from the Settlement, but you want to keep the right to sue or continue to sue the Defendants on your own for the Settlement Class Claims, then you must take steps to get out of the Settlement Class. This is called excluding yourself or "opting out" of the Settlement Class.

### 13. How Do I Get Out of the Settlement Class?

To exclude yourself from the Settlement Class, you must send a letter by mail stating that you "request exclusion from the Settlement Class in the *Yahoo Securities Litigation*." To be valid, the letter must state (A) your name, address, telephone number, signature, and e-mail address (if any); (B) the date, number of Yahoo securities, and dollar amount of all purchases, acquisitions, sales, or dispositions of Yahoo securities between April 30, 2013 and December 14, 2016, both dates inclusive; and (C) the number of Yahoo securities held by you as of December 14, 2016. Any request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must submit your exclusion request so that it is **postmarked no later than August 16, 2018** at:

> In re Yahoo! Inc. Securities Litigation
> Exclusions
> c/o JND Legal Administration
> P.O. Box 91347
> Seattle, WA 98111

**ILLEGAL**

*[Signature: Michael T. Mowrek]*

JONATHAN COMBS
NOTARY PUBLIC
STATE OF WISCONSIN

State of Wisconsin } ss
Waukesha County }
Subscribed and sworn to before me this 31 day of July 18
Notary Public Waukesha County, WI
My commission expires 6/14/2020

**Exclude Me:**   **Michael Mourek**

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from the Settlement, but you want to keep the right to sue or continue to sue the Defendants on your own for the Settlement Class Claims, then you must take steps to get out of the Settlement Class. This is called excluding yourself or "opting out" of the Settlement Class.

### 13. How Do I Get Out of the Settlement Class?

To exclude yourself from the Settlement Class, you must send a letter by mail stating that you "request exclusion from the Settlement Class in the *Yahoo Securities Litigation*." To be valid, the letter must state (A) your name, address, telephone number, signature, and e-mail address (if any); (B) the date, number of Yahoo securities, and dollar amount of all purchases, acquisitions, sales, or dispositions of Yahoo securities between April 30, 2013 and December 14, 2016, both dates inclusive; and (C) the number of Yahoo securities held by you as of December 14, 2016. Any request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must submit your exclusion request so that it is **postmarked no later than August 16, 2018** at:

> In re Yahoo! Inc. Securities Litigation
> Exclusions
> c/o JND Legal Administration
> P.O. Box 91347
> Seattle, WA 98111

---

State of Wisconsin } ss
Waukesha County }

Subscribed and sworn to before me this 31 day of July

Notary Public Waukesha County, WI
My commission expires 6/14/2020

JONATHAN COMBS
NOTARY PUBLIC
STATE OF WISCONSIN