UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER DENYING REQUEST TO AMEND CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**<br><br>Re: Dkt. No. 271 |

The parties' Request to Amend Class Certification Briefing Schedule and Hearing Date is DENIED.

**IT IS SO ORDERED.**

Dated: August 10, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 16-MD-02752-LHK
ORDER DENYING REQUEST TO AMEND CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE

1