Ann Marie Mortimer (SBN 169077)
amortimer@HuntonAK.com
Jason J. Kim (SBN 221476)
kimj@HuntonAK.com
Kirk A. Hornbeck (SBN 241708)
khornbeck@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile:  (213) 532-2020

Samuel A. Danon (admitted *pro hac vice*)
sdanon@HuntonAK.com
John J. Delionado (admitted *pro hac vice*)
jdelionado@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
1111 Brickell Avenue, Suite 2500
Miami, Florida 33143
Telephone: (305) 810-2500
Facsimile:  (305) 810-2460

*[Additional Defendants' counsel listed below]*

Attorneys for Defendants
Yahoo! Inc. and
Aabaco Small Business, LLC

John A. Yanchunis
jyanchunis@ForThePeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402

Plaintiffs' Lead Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO.:  16-MD-02752-LHK<br><br>**FOURTEENTH JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

Theodore J. Boutrous, Jr. (SBN 132099)
tboutrous@gibsondunn.com
Joshua A. Jessen (SBN 222831)
jjessen@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile:  (213) 229-7520

Michael Li-Ming Wong (SBN 194130)
mwong@gibsondunn.com
Rachel S. Brass (SBN 219301)
rbrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile:  (415) 393-8306

Attorneys for Defendants
Yahoo! Inc. and
Aabaco Small Business, LLC

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**

**[DRAFT]**

Plaintiffs, along with Defendants Yahoo! Inc. ("Yahoo") and Aabaco Small Business, LLC (together, "Defendants"), having met and conferred, hereby provide this Fourteenth Joint Case Management Statement, as directed by the Court, (ECF No. 272).

## DISCOVERY UPDATE

As directed by the Court (ECF No. 148), the parties hereby provide a brief update on discovery, which continues to progress:

### A. Document Productions

To date, Defendants have produced 650,029 documents totaling approximately 9.05 million pages. Following the parties' August 8, 2018, Thirteenth Joint Case Management Conference Statement (ECF No. 270), Defendants and non-parties produced the following:

- On August 29, 2018 and August 30, 2018, Defendants produced 8 data files in native format, consisting of the output associated with custom scripts prepared by Defendants' expert Dr. Whipple as identified in his August 31, 2018 Declaration.;
- On August 31, 2018, non-party Ronald Bell (former Yahoo General Counsel) produced 76 documents totaling 1,970 pages, in response to Plaintiffs' subpoena *duces tecum.*

### B. Privilege Logs

On August 8, 2018, Magistrate Judge Cousins held a hearing regarding the parties' joint statement concerning the propriety of Defendants' privilege logs. As a result, Magistrate Judge Cousins set a briefing schedule on the facial deficiencies portion of the letter. Briefing on that issue is now complete, (ECF Nos. 276, 283, 289), and the matter is set for hearing on September 12, 2018, (ECF No. 268).

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**[DRAFT]**

Magistrate Judge Cousins previously denied Plaintiffs' motion regarding the applicability of the crime fraud exception to the attorney-client privilege without prejudice, allowing Plaintiffs to raise the issue again after the September 12th hearing via a renewed request with briefing and additional evidence.  Tr. at 47:24-48:4.

Plaintiffs have also engaged with Sidley Austin regarding the production and/or logging of certain documents relating to the investigation undertaken by Sidley for the Special Cybersecurity Review Committee of the Yahoo Board of Directors.  On August 10, 2018, Plaintiffs and Sidley reached an agreement for the production or logging of certain documents.  Production has not yet occurred.

### C. Depositions

Deposition discovery continues to move forward.  Former Yahoo Chief Information Officer Jay Rossiter was deposed on August 16th.  Plaintiffs' class certification experts were also recently deposed: James Van Dyke on August 21st, Ian Ratner on August 24th, Mary Frantz on August 27th, and Gary Parilis on August 28th.  Plaintiffs have also coordinated the depositions of Yahoo's former General Counsel Ron Bell on September 12th, and Yahoo's former President and CEO Marissa Mayer on October 9th (as directed by Judge Cousins).[1]  Coordination of these depositions has been taken in conjunction with counsel in the parallel state court action and counsel for the individual witnesses.  Plaintiffs have noticed the deposition of David Filo and are working to coordinate a date with the witness and all involved counsel.

Plaintiffs are in the midst of negotiations with Ms. Mayer's counsel regarding the scope and process for her document production, which issues have previously been the subject of dispute.  (ECF No. 280).  While always hopeful of amicable resolution, Plaintiffs believe further judicial involvement may be required.

---

[1] *See* (ECF No. 286).

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**[DRAFT]**

## CLASS CERTIFICATION UPDATE

Pursuant to the Court's Order Amending Case Management Schedule, (ECF No. 207), Defendants filed their response to Plaintiffs' Motion for Class Certification and *Daubert* motions on August 31, 2018.  Plaintiffs are preparing their responsive filings, due September 21, 2018.

## MEDIATION

The parties—in concert with counsel in the parallel state court action—held their first mediation session on August 14, 2018, with the Honorable Daniel Weinstein (Ret.) of JAMS.  A second session is scheduled for September 7, 2018.

Dated:  September 5, 2018        **MORGAN & MORGAN**

                                 By:  /s/ John Yanchunis
                                      John Yanchunis
                                      Plaintiffs' Lead Counsel

Dated:  September 5, 2018        **HUNTON ANDREWS KURTH LLP**

                                 By:  /s/ Ann Marie Mortimer
                                      Ann Marie Mortimer
                                      Attorneys for Defendants
                                      Yahoo! Inc. and
                                      Aabaco Small Business, LLC

**[DRAFT]**

## ATTESTATION

I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: September 5, 2018

                                     By:   <u>/s/ John Yanchunis</u>
                                                John Yanchunis

**Hunton Andrews Kurth LLP**
**550 South Hope Street, Suite 2000**
**Los Angeles, California 90071-2627**