UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER RE: JOINT MEDIATION STATUS REPORT** |

The parties are ordered to file a joint mediation status report by September 14, 2018.

**IT IS SO ORDERED.**

Dated: September 7, 2018

_____
LUCY H. KOH
United States District Judge

1

Case No. 16-MD-02752-LHK
ORDER RE: JOINT MEDIATION STATUS REPORT