MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
gmb@cglaw.com

MILBERG TADLER PHILLIPS
GROSSMAN LLP
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)
atadler@milberg.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
Kate M. Baxter-Kauf (Admitted *Pro Hac Vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
khriebel@locklaw.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | No. 16-md-02752-LHK<br>**JOINT MOTION TO SUSPEND HEARING**; ORDER AS MODIFIED<br>Date: September 12, 2018<br>Time: 1:00 p.m.<br>Courtroom: 7, 4th Floor<br>Judge: Hon. Nathanael Cousins |

1  The Parties have jointly agreed to suspend hearings this week pending the report to Judge Koh due September 14, 2018 (*see* ECF No. 318) and respectfully request that the September 12, 2018, hearing regarding an outstanding discovery dispute (*see* ECF No. 276) be taken off the calendar at this time.

The Parties have also worked out a mutually agreeable schedule for the deposition of Ron Bell (*see* ECF Nos. 316, 319) as previously scheduled for this week.  As a result, the Parties respectfully request that the Court grant the Joint Motion to Suspend Hearing.

DATED: September 11, 2018

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis

*s/ John A. Yanchunis*
John A. Yanchunis

201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
Stuart A. Davidson
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD LLP
Gayle M. Blatt
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)

MILBERG TADLER PHILLIPS
GROSSMAN LLP
Ariana J. Tadler
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)

JOINT MOTION TO SUSPEND HEARING– 16-md-02752-LHK                                                                          - 1 -

*s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel
Kate M. Baxter-Kauf
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)

ORDER

The joint motion is granted in part. The hearing set for September 12, 2018 is continued to September 26, 2018, at 1:00 p.m., with a joint discovery update due by September 19.

Dated:  September 11, 2018



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

JOINT MOTION TO SUSPEND HEARING– 16-md-02752-LHK  - 2 -

CERTIFICATE OF SERVICE

I hereby certify that September 11, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 11, 2018.

    *s/ Kate M. Baxter-Kauf*
Kate M. Baxter-Kauf

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)