| | |
|---|---|
| Ann Marie Mortimer (SBN 169077) | Theodore J. Boutrous, Jr. (SBN 132099) |
| amortimer@HuntonAK.com | tboutrous@gibsondunn.com |
| Jason J. Kim (SBN 221476) | Joshua A. Jessen (SBN 222831) |
| kimj@HuntonAK.com | jjessen@gibsondunn.com |
| Kirk A. Hornbeck (SBN 241708) | **GIBSON, DUNN & CRUTCHER LLP** |
| khornbeck@HuntonAK.com | 333 South Grand Avenue |
| **HUNTON ANDREWS KURTH LLP** | Los Angeles, California 90071 |
| 550 South Hope Street, Suite 2000 | Telephone: (213) 229-7000 |
| Los Angeles, California 90071-2627 | Facsimile:  (213) 229-7520 |
| Telephone: (213) 532-2000 | |
| Facsimile:  (213) 532-2020 | Michael Li-Ming Wong (SBN 194130) |
| | mwong@gibsondunn.com |
| Samuel A. Danon (admitted *pro hac vice*) | Rachel S. Brass (SBN 219301) |
| sdanon@HuntonAK.com | rbrass@gibsondunn.com |
| John J. Delionado (admitted *pro hac vice*) | **GIBSON, DUNN & CRUTCHER LLP** |
| jdelionado@HuntonAK.com | 555 Mission Street, Suite 3000 |
| **HUNTON ANDREWS KURTH LLP** | San Francisco, California 94105 |
| 1111 Brickell Avenue, Suite 2500 | Telephone: (415) 393-8200 |
| Miami, Florida 33143 | Facsimile:  (415) 393-8306 |
| Telephone: (305) 810-2500 | |
| Facsimile:  (305) 810-2460 | |

Attorneys for Defendants
Yahoo! Inc. and
Aabaco Small Business, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO.:  16-MD-02752-LHK<br><br>**NOTICE OF SETTLEMENT** |

On Friday, September 7, 2018, all parties from both the JCCP proceedings (*Yahoo! Inc. Private Information Disclosure Cases*, Case No. JCCP 4895 (Ca. Sup. Ct.)) and these MDL proceedings participated in a second day of mediation before the Honorable Daniel Weinstein.  Plaintiffs and Defendants in both actions have reached an agreement in principle to resolve all pending claims in both actions.  The parties presently are finalizing terms, which they plan to reduce to a definitive agreement that ultimately will be presented for this Court's approval within 45 days.  In the meantime, the parties to this action jointly and respectfully request the Court stay this litigation in its entirety to allow the parties to focus their efforts entirely on finalizing the settlement and to avoid any unnecessary waste of judicial resources.

Dated:  September 14, 2018            **MORGAN & MORGAN**

                                      By:   /s/ John Yanchunis
                                            John Yanchunis
                                            Plaintiffs' Lead Counsel

Dated:  September 14, 2018            **HUNTON ANDREWS KURTH LLP**

                                      By:   /s/ Ann Marie Mortimer
                                            Ann Marie Mortimer
                                            Attorneys for Defendants
                                            Yahoo! Inc. and
                                            Aabaco Small Business, LLC

# ATTESTATION

I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: September 14, 2018

By: <u>/s/ Ann Marie Mortimer</u>
Ann Marie Mortimer