UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br>**ORDER RE: CASE SCHEDULE**<br>Re: Dkt. No. 322 |

On September 14, 2018, the parties filed a Notice of Settlement indicating that the parties have reached an agreement in principle and will present a definitive agreement to the Court within 45 days. ECF No. 322. The parties request that, in the meantime, the Court stay this litigation in its entirety. The parties' request is DENIED. The case schedule remains as set.

**IT IS SO ORDERED.**

Dated: September 17, 2018

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No. 16-MD-02752-LHK
ORDER RE: CASE SCHEDULE