MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
gmb@cglaw.com

MILBERG TADLER PHILLIPS
GROSSMAN LLP
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)
atadler@milberg.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
khriebel@locklaw.com

ROBINSON CALCAGNIE, INC.
Daniel S. Robinson (244245)
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: 949/720-1288
949/720-1292
drobinson@robinsonfirm.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | No. 16-md-02752-LHK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:       November 29, 2018<br>Time:      1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh |

PLEASE TAKE NOTICE THAT Plaintiffs move the Court to grant Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. Hearing on this motion will be held on November 29, 2018, at 1:30 p.m., in Courtroom 8, located at the Robert F. Peckham Federal Building & United States Courthouse, 280 South First Street, Fourth Floor, San Jose, California.

Plaintiffs bring this Motion pursuant to Federal Rule of Civil Procedure 23(e). Plaintiffs respectfully request that the Court preliminarily approve the parties' Settlement Agreement and for entry of an Order that:

- Grants class certification of the following proposed settlement class under Fed. R. Civ. P. 23(b)(2) and (b)(3):

  All U.S. and Israel residents and small businesses with Yahoo accounts at any time during the period of January 1, 2012 through December 31, 2016, inclusive; provided, however, that the following are excluded from the Settlement Class: (i) Defendants, (ii) any entity in which Defendants have a controlling interest, (iii) Defendants' officers, directors, legal representatives, successors, subsidiaries, and assigns; (iv) any judge, justice, or judicial officer presiding over this matter and the members of their immediate families and judicial staff; and (v) any individual who timely and validly opts-out from the Settlement Class.

- Preliminarily approves the proposed settlement as fair, reasonable, and adequate;
- Directs notice to be disseminated to Settlement Class Members in the form and manner proposed by the parties as set forth in the Settlement Agreement and Exhibits thereto;
- Sets deadlines for class notice to be sent and deadlines for exclusions;
- Appoints Heffler Claims Group to serve as the Settlement Administrator;
- Appoints as Settlement Class Representatives: John Bell, Michelle Bouras, Jana Brabcova, Reid Bracken, Paul Dugas, Hashmatullah Essar, Hilary Gamache, Mali

Granot, Kimberly Heines, Andrew J. Mortensen, Brian Neff, Jared Pastor, Brendan Quinn, Deana Ridolfo, Matthew Ridolfo, and Yaniv Rivlin.

- Appoints as Class Counsel:
    - Lead Settlement Class Counsel: John Yanchunis of Morgan & Morgan Complex Litigation Group;
    - Executive Settlement Class Counsel: Ariana Tadler of Milberg Tadler Phillips Grossman LLP, Stuart Davidson of Robins Geller Rudman & Dowd LLP, Gayle Blatt of Casey Gerry Schenk Francavilla Blatt & Penfield LLP, and Karen Hanson Riebel of Lockridge Grindal Nauen PLLP; and,
    - Additional Settlement Class Counsel: Daniel Robinson of Robinson Calcagnie, Inc.; and,
- Sets a hearing date and schedule for final approval of the settlement and consideration of Class Counsel's motion for award of fees, costs, expenses, and service awards.

Plaintiffs' Motion is based on this Notice and Motion; the accompanying Memorandum of Points and Authorities and all attachments and supporting exhibits thereto (including the Declaration of John A. Yanchunis and the Settlement Agreement), and the pleadings, records, and other papers filed in this action. The parties have agreed to the following deadlines:

| | | |
|---|---|---|
| **Notice Date:** | 45 Days from the Preliminary Approval Date | |
| **Opt-Out and Objection Deadlines:** | 120 Days from the Notice Date | |
| **Motion for Final Approval:** | 150 Days from Notice Date | |
| **Motion for Service Awards, Attorneys' Fees and Costs:** | 21 Days before the Opt-Out and Objection Deadline | |
| **Claims Period:** | 270 Days after the Preliminary Approval Order | |
| **Final Approval Hearing** | | |

DATED: October 22, 2018

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis

*s/ John A. Yanchunis*
John A. Yanchunis

201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
813/223-5402 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
Stuart A. Davidson
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD LLP
Gayle M. Blatt
110 Laurel Street
San Diego, CA  92101
Telephone:  619/238-1811
619/544-9232 (fax)

MILBERG TADLER PHILLIPS
GROSSMAN LLP
Ariana J. Tadler
One Pennsylvania Plaza, 19th Floor
New York, NY  10119
Telephone:  212/594-5300
212/868-1229 (fax)

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone:  612/339-6900
612/339-0981 (fax)

1
2  ROBINSON CALCAGNIE, INC.
   Daniel S. Robinson
3  19 Corporate Plaza Dr.
   Newport Beach, CA  92660
4  Telephone: 949/720-1288
   949/720-1292
5  drobinson@robinsonfirm.com

6  *Attorneys for Plaintiffs and Proposed Class Counsel*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that October 22, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 22, 2018.

                         *s/ John A. Yanchunis*
                         John A. Yanchunis

                         MORGAN & MORGAN
                         COMPLEX LITIGATION GROUP
                         201 N. Franklin Street, 7th Floor
                         Tampa, FL  33602
                         Telephone:  813/223-5505
                         813/223-5402 (fax)