UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**AMENDED ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Re: Dkt. No. 338 |
|---|---|

Before the Court is the parties' Joint Motion to Remove Incorrectly Filed Document. ECF No. 338 ("Joint Motion"). Upon consideration of the Joint Motion and the papers submitted in support thereof, the motion is GRANTED.

The joint motion requested that the Court replace the incorrectly filed document. The parties are advised that the Clerk's office does not replace documents. The correct version remains accessible as an attachment to the joint motion. ECF No. 338-1.

The Clerk is directed to remove the previously filed ECF No. 337-4.

**IT IS SO ORDERED.**

Dated: November 20, 2018

_____
LUCY H. KOH
United States District Judge

1
Case No. 16-MD-02752-LHK
AMENDED ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT