| | |
|---|---|
| Ann Marie Mortimer (SBN 169077) | John A. Yanchunis |
| amortimer@HuntonAK.com | jyanchunis@ForThePeople.com |
| Jason J. Kim (SBN 221476) | **MORGAN & MORGAN** |
| kimj@HuntonAK.com | **COMPLEX LITIGATION GROUP** |
| Kirk A. Hornbeck (SBN 241708) | 201 N. Franklin Street, 7th Floor |
| khornbeck@HuntonAK.com | Tampa, Florida 33602 |
| **HUNTON ANDREWS KURTH LLP** | Telephone: (813) 223-5505 |
| 550 South Hope Street, Suite 2000 | Facsimile:  (813) 223-5402 |
| Los Angeles, California 90071-2627 | |
| Telephone: (213) 532-2000 | Plaintiffs' Lead Counsel |
| Facsimile:  (213) 532-2020 | |

Samuel A. Danon (admitted *pro hac vice*)
sdanon@HuntonAK.com
John J. Delionado (admitted *pro hac vice*)
jdelionado@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
1111 Brickell Avenue, Suite 2500
Miami, Florida 33143
Telephone: (305) 810-2500
Facsimile:  (305) 810-2460

*[Additional Defendants' counsel listed below]*

Attorneys for Defendants
Yahoo! Inc. and
Aabaco Small Business, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO.:  16-MD-02752-LHK<br><br>**FIFTEENTH JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

1  Theodore J. Boutrous, Jr. (SBN 132099)
   tboutrous@gibsondunn.com
2  Joshua A. Jessen (SBN 222831)
3  jjessen@gibsondunn.com
   **GIBSON, DUNN & CRUTCHER LLP**
4  333 South Grand Avenue
   Los Angeles, California 90071
5  Telephone: (213) 229-7000
   Facsimile:  (213) 229-7520
6

7  Michael Li-Ming Wong (SBN 194130)
   mwong@gibsondunn.com
8  Rachel S. Brass (SBN 219301)
   rbrass@gibsondunn.com
9  **GIBSON, DUNN & CRUTCHER LLP**
   555 Mission Street, Suite 3000
10 San Francisco, California 94105
11 Telephone: (415) 393-8200
   Facsimile:  (415) 393-8306
12

13 Attorneys for Defendants
   Yahoo! Inc. and
14 Aabaco Small Business, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIFTEENTH JOINT CASE MANAGEMENT CONFERENCE STATEMENT

16-MD-02752-LHK

Plaintiffs, along with Defendants Yahoo! Inc. ("Yahoo") and Aabaco Small Business, LLC (together, "Defendants"), having met and conferred, hereby provide this Fifteenth Joint Case Management Statement, as directed by the Court, (ECF No. 340).

Following mediation sessions on August 14, 2018, and September 7, 2018, the parties reached a resolution of this matter, which they informed the Court of on September 14, 2018, (ECF No. 322). In light of the pending agreement, on September 18, 2018, Plaintiffs moved to extend the briefing deadlines related to class certification and *Daubert* challenges until after the Court's decision on the preliminary approval motion, if necessary. (ECF No. 324). The Court granted that motion, extended class certification and *Daubert* briefing, and directed Plaintiffs to file their motion for preliminary approval by October 22, 2018. (ECF No. 325).

As directed, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement on October 22, 2018. (ECF No. 330).

On November 2, 2018, this Court entered an order requiring the parties to supplement the record regarding nine issues raised by the Court, (ECF Nos. 333, 334) ("First Supplementation Order"). On November 5, 2018, this Court entered a second order seeking additional supplemental information, (ECF No. 335) ("Second Supplementation Order") (collectively, "Supplementation Orders"). As instructed, on November 9, 2018, the parties filed their Joint Response to the Supplementation Orders ("Joint Response"), addressing the issues raised by the Court. (ECF No. 337).[1]

At this time, no further discovery or case management issues are pending.

---

[1] Following notice from a non-party on November 15th, the parties filed a Joint Motion to Remove Incorrectly Filed Document on November 16, 2018. (ECF No. 338). The Court granted that motion on November 20, 2018. (ECF No. 339).

| | | |
|---|---|---|
| Dated: November 21, 2018 | | **MORGAN & MORGAN** |
| | By: | *John Yanchunis*<br>John Yanchunis<br>Plaintiffs' Lead Counsel |
| Dated: November 21, 2018 | | **HUNTON ANDREWS KURTH LLP** |
| | By: | *Ann Marie Mortimer*<br>Ann Marie Mortimer<br>Attorneys for Defendants<br>Yahoo! Inc. and<br>Aabaco Small Business, LLC |

## ATTESTATION

I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: November 21, 2018

                            By: *John Yanchunis*
                                 John Yanchunis

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627