UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER REGARDING FURTHER PROCEEDINGS** |

On January 28, 2019, the Court denied the parties' motion for preliminary approval of class action settlement. ECF No. 353. By February 7, 2019, the parties shall file a joint status report indicating how they wish to proceed. If the parties wish to litigate the case, they shall file by February 14, 2019, a joint case management statement proposing a schedule through trial, and the Court will hold a case management conference on February 21, 2019, at 11:00 a.m.

If the parties wish to engage in further settlement negotiations, the Court will likely stay the instant MDL case for 60 days, at which time the parties shall file a new settlement agreement and motion for preliminary approval of class action settlement.

**IT IS SO ORDERED.**

Dated: January 29, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 16-MD-02752-LHK
ORDER REGARDING FURTHER PROCEEDINGS