Ann Marie Mortimer (SBN 169077)
amortimer@HuntonAK.com
Jason J. Kim (SBN 221476)
kimj@HuntonAK.com
Kirk A. Hornbeck (SBN 241708)
khornbeck@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Samuel A. Danon (admitted *pro hac vice*)
sdanon@HuntonAK.com
John J. Delionado (admitted *pro hac vice*)
jdelionado@HuntonAK.com
**HUNTON ANDREWS KURTH LLP**
1111 Brickell Avenue, Suite 2500
Miami, Florida 33143
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

*[Additional Defendants' counsel listed below]*

Attorneys for Defendant
Yahoo! Inc. and
Aabaco Small Business, LLC

John A. Yanchunis
jyanchunis@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Plaintiffs' Lead Counsel

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| IN RE: YAHOO! CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO.: 16-MD-02752-LHK<br><br>**JOINT STATUS REPORT** |
|---|---|

Theodore J. Boutrous, Jr. (SBN 132099)
tboutrous@gibsondunn.com
Joshua A. Jessen (SBN 222831)
jjessen@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Michael Li-Ming Wong (SBN 194130)
mwong@gibsondunn.com
Rachel S. Brass (SBN 219301)
rbrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendant
Yahoo! Inc. and
Aabaco Small Business, LLC

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Plaintiffs, along with Defendants Yahoo! Inc. ("Yahoo") and Aabaco Small Business, LLC (together, "Defendants"), having met and conferred, hereby provide this Joint Status Report, as directed by the Court in its January 29, 2019 Order Regarding Further Proceedings. ECF No. 354.

On January 28, 2019, the Court denied Plaintiffs' motion for preliminary approval of class action settlement. ECF Nos. 353 & 357.[1] The next day, on January 29, 2019, the Court ordered the parties to "file a joint status report indicating how they wish to proceed." ECF No. 354. The Court indicated it would "likely stay the instant MDL case for 60 days" "[i]f the parties wish to engage in further settlement negotiations." *Id.*

Immediately following the Court's denial of the preliminary approval motion, the parties met and conferred and are engaged in active and ongoing settlement negotiations to address the concerns raised in the Court's order denying preliminary approval.

Accordingly, the parties respectfully request the Court stay this action for 60 days so they can "engage in further settlement negotiations" to address the issues raised by the Court. ECF No. 354. The parties will file a new settlement agreement and preliminary approval motion within 60 days of the issuance of such a stay.

Dated: February 7, 2019

**MORGAN & MORGAN**

By: /s/ John Yanchunis
John Yanchunis
Plaintiffs' Lead Counsel

[1] The Court amended its order on January 30, 2019.

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Dated: February 7, 2019

**HUNTON ANDREWS KURTH LLP**

By: /s/ Ann Marie Mortimer
Ann Marie Mortimer
Attorneys for Defendants
Yahoo! Inc. and
Aabaco Small Business, LLC

**ATTESTATION**

I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: February 7, 2019

By: /s/ Ann Marie Mortimer
Ann Marie Mortimer