UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER STAYING CASE AND DENYING WITHOUT PREJUDICE PENDING MOTIONS**<br><br>Re: Dkt. Nos. 246, 248, 301, 302, 303, 304 |

On January 28, 2019, the Court denied Plaintiffs' motion for preliminary approval of class action settlement. ECF Nos. 353. On January 29, 2019, the Court ordered the parties to file a joint status report indicating how they wish to proceed. ECF No. 354. The Court stated that "[i]f the parties wish to engage in further settlement negations, the Court will likely stay the instant MDL case for 60 days." ECF No. 354. On January 30, 2019, the Court amended the order denying the motion for preliminary approval of class action settlement. ECF No. 357.

On February 7, 2019, the parties filed a joint status report "request[ing] the Court stay this action for 60 days so they can engage in further settlement negotiations to address the issues raised by the Court." ECF No. 360.

Accordingly, the Court STAYS this action for 60 days.

1

The parties shall file a new settlement agreement and a new motion for preliminary approval of class action settlement by Monday, April 8, 2019.

Currently pending before the Court are the motion for class certification, ECF No. 246; motions to seal, ECF Nos. 248 and 304; and motions to exclude expert report, declarations, and testimony, ECF Nos. 301, 302, and 303. All pending motions are DENIED WITHOUT PREJUDICE. If the parties are unable to resolve their dispute, they may refile these motions. Civil Local Rule 79-5(f)(2) provides that if a motion to seal is denied in its entirety, the document sought to be sealed will not be considered by the Court unless the submitting party files an unredacted version of the document within 7 days after the motion is denied. Because these motions are denied without prejudice, the parties need not refile unredacted versions of these documents at this time. If the parties are unable to resolve their dispute and they refile these motions, the Court at that time will apply the appropriate standard for sealing and rule on the renewed sealing motions.

The Clerk shall ADMINISTRATIVELY CLOSE the case file. This is an internal administrative procedure that does not affect the rights of the parties.

**IT IS SO ORDERED.**

Dated: February 7, 2019

_____
LUCY H. KOH
United States District Judge

2
Case No. 16-MD-02752-LHK
ORDER STAYING CASE AND DENYING WITHOUT PREJUDICE PENDING MOTIONS