1
2
3
4
5

**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
John A. Yanchunis (Admitted Pro Hac Vice)
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

6
7

*Attorneys for Plaintiffs*

8
9
10
11

**HUNTON ANDREWS KURTH, LLP**
Ann Marie Mortimer (SBN 169077)
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone: 213/532-2000
213/532-2020 (fax)
amortimer@hunton.com

12

*Attorneys for Defendants*

13

*Additional Counsel Listed in Back*

14
15
16
17

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

18
19
20
21

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 16-MD-02752-LHK<br><br>**Stipulation to File Second Amended Complaint (FRCP 15(a)(2))** |

22
23
24
25
26
27
28

Pursuant to Fed. Rule Civ. Proc. Rule 15(a)(2), Plaintiffs Kimberly Heines, Hashmatullah Essar, Paul Dugas, Matthew Ridolfo, Deana Ridolfo, Yaniv Rivlin, Mali Granot, Brian Neff, and Andrew J. Mortensen, acting on behalf of themselves and all others similarly situated, and Defendants Yahoo! Inc. and Aabaco Small Business, LLC hereby stipulate to file the attached Second Amended Consolidated Class Action Complaint.

1.      On January 28, 2019, Judge Lucy Koh issued an Order in this litigation denying Plaintiffs' Motion for Preliminary Approval. ECF 353. In that Order, Judge Koh noted that the proposed settlement releases claims on behalf of all users in 2012, but the operative complaint does not assert claims prior to 2013. *Id*. at 11. Judge Koh then stated "any future settlement must amend the FAC." *Id*.

2.      The attached Second Amended Complaint addresses Judge Koh's concerns by expanding the class definitions to encompass claims arising in 2012 and expanding the factual allegations about Yahoo's security flaws and breaches in 2012. Other than those changes, the Second Amended Complaint does not alter the nature of the case or claims alleged.

3.      The First Amended Complaint was filed partially under seal in accordance with Judge Koh's Order on Plaintiffs' Administrative Motion to File Under Seal. ECF 192. The Second Amended Complaint preserves, but does not add to, those redactions. A motion to file under seal an un-redacted version of the SAC is being filed concurrently herewith.

4.      Defendants Yahoo! Inc. and Aabaco Small Business, LLC filed an Answer to the First Amended Complaint on March 23, 2018. ECF 220. To avoid unnecessary repetition, that Answer shall be deemed the Answer to the Second Amended Complaint for all purposes.

5.      By signing this Stipulation, Defendants Yahoo! Inc. and Aabaco Small Business, LLC acknowledge and accept service of the Second Amended Complaint, and waive any requirements of further service or challenges to service.

Dated: April 8, 2019                           MORGAN & MORGAN COMPLEX
                                               LITIGATION GROUP


                                               /s/ John A. Yanchunis
                                               JOHN A. YANCHUNIS

                                               *Attorney for Plaintiffs*

                                               On behalf of Plaintiffs' Lead Counsel
                                               and Executive Committee


Dated: April 8, 2019                           HUNTON ANDREWS KURTH


                                               /s/ Ann Marie Mortimer
                                               ANN MARIE MORTIMER

                                               *Attorney for Defendants*




**Additional Counsel for Plaintiffs:**

**ROBBINS GELLER RUDMAN
& DOWD LLP**
Stuart A. Davidson (Admitted Pro Hac Vice)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
*sdavidson@rgrdlaw.com*

**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD
LLP**
Gayle M. Blatt, SBN 122048
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
*gmb@cglaw.com*

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

Karen Hanson Riebel (Admitted Pro Hac Vice)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
*khriebel@locklaw.com*

**Additional Counsel for Defendants:**

Samuel A. Danon (admitted *pro hac vice*)
*sdanon@hunton.com*
John J. Delionado (admitted *pro hac vice*)
*jdelionado@hunton.com*
**HUNTON & WILLIAMS LLP**
1111 Brickell Avenue, Suite 2500
Miami, Florida 33143
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

Theodore J. Boutrous, Jr. (SBN 132099)
*tboutrous@gibsondunn.com*
Joshua A. Jessen (SBN 222831)
*jjessen@gibsondunn.com*
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Michael Li-Ming Wong (SBN 194130)
*mwong@gibsondunn.com*
Rachel S. Brass (SBN 219301)
*rbrass@gibsondunn.com*
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Stipulation to File Second Amended Complaint