MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

CASEY GERRY SCHENK FRANCAVILLA
   BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
gmb@cglaw.com

MILBERG TADLER PHILLIPS
GROSSMAN LLP
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)
atadler@milberg.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
khriebel@locklaw.com

ROBINSON CALCAGNIE, INC.
Daniel S. Robinson (244245)
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: 949/720-1288
949/720-1292
drobinson@robinsonfirm.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | No. 16-md-02752-LHK |
| | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO NOTICE CLASS**[1] |
| | Date: |
| | Time: . |
| | Courtroom: 8, 4th Floor |
| | Judge: Hon. Lucy H. Koh |

---

[1] The decision of a court to give notice under Rule 23(e)(1) was previously referred to as "preliminary approval." *See* 2018 Advisory Committee Note., Subdivision (c)(2). Plaintiffs now understand that such a motion should, under the amended rule, seek an order permitting notice to the Class, rather than "preliminary approval."

1    PLEASE TAKE NOTICE THAT Plaintiffs move the Court to grant Plaintiffs' Motion to

2   Notice Class.

3    Plaintiffs bring this Motion pursuant to Federal Rule of Civil Procedure 23(e). Plaintiffs

4   respectfully request that the Court preliminarily approve the parties' Amended Settlement

5   Agreement and for entry of an Order that:

6    • Finds the Court will likely be able to approve the proposed settlement as fair,

7      reasonable and adequate under Rule 23(e)(2), subject to further consideration at

8      the Fairness Hearing. The Parties are authorized and directed to take all actions

9      that may be required prior to final approval by this Court of the proposed

10      settlement and compromises set forth in the Settlement Agreement

11    • Grants preliminary certification of the following proposed settlement class under

12      Fed. R. Civ. P. 23(b)(2) and (b)(3):

13       All U.S. and Israel residents and small businesses with Yahoo

14       accounts at any time during the period of January 1, 2012 through

15       December 31, 2016, inclusive; provided, however, that the

16       following are excluded from the Settlement Class: (i) Defendants,

17       (ii) any entity in which Defendants have a controlling interest, (iii)

18       Defendants' officers, directors, legal representatives, successors,

19       subsidiaries, and assigns; (iv) any judge, justice, or judicial officer

20       presiding over this matter and the members of their immediate

21       families and judicial staff; and (v) any individual who timely and

22       validly opts-out from the Settlement Class.

23    • Preliminarily approves the proposed settlement as fair, reasonable, and adequate;

24    • Directs notice to be disseminated to Settlement Class Members in the form and

25      manner proposed by the parties as set forth in the Amended Settlement

26      Agreement and Exhibits thereto;

27    • Sets deadlines for class notice to be sent and deadlines for exclusions;

28    • Appoints Heffler Claims Group to serve as the Settlement Administrator;

- Appoints as Settlement Class Representatives: John Bell, Michelle Bouras, Jana Brabcova, Reid Bracken, Paul Dugas, Hashmatullah Essar, Hilary Gamache, Mali Granot, Kimberly Heines, Andrew J. Mortensen, Brian Neff, Jared Pastor, Brendan Quinn, Deana Ridolfo, Matthew Ridolfo, and Yaniv Rivlin.

- Appoints as Class Counsel:

  o Lead Settlement Class Counsel: John Yanchunis of Morgan & Morgan Complex Litigation Group;

  o Executive Settlement Class Counsel: Ariana Tadler of Milberg Tadler Phillips Grossman LLP, Stuart Davidson of Robins Geller Rudman & Dowd LLP, Gayle Blatt of Casey Gerry Schenk Francavilla Blatt & Penfield LLP, and Karen Hanson Riebel of Lockridge Grindal Nauen PLLP; and,

  o Additional Settlement Class Counsel: Daniel Robinson of Robinson Calcagnie, Inc.; and,

- Sets a hearing date and schedule for final approval of the settlement and consideration of Class Counsel's motion for award of fees, costs, expenses, and service awards.

Plaintiffs' Motion is based on this Notice and Motion; the concurrently filed Memorandum of Points and Authorities and all attachments and supporting exhibits thereto, the pleadings, records, and other papers filed in this action.

DATED:  April 8, 2019

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis

_s/ John A. Yanchunis_
John A. Yanchunis

201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
813/223-5402 (fax)

1

2     ROBBINS GELLER RUDMAN
        & DOWD LLP
3     Stuart A. Davidson
      120 East Palmetto Park Road, Suite 500
4     Boca Raton, FL  33432
      Telephone:  561/750-3000
5     561/750-3364 (fax)

6     CASEY GERRY SCHENK FRANCAVILLA
        BLATT & PENFIELD LLP
7     Gayle M. Blatt
      110 Laurel Street
8     San Diego, CA  92101
      Telephone:  619/238-1811
9     619/544-9232 (fax)

10

11    MILBERG TADLER PHILLIPS
      GROSSMAN LLP
12    Ariana J. Tadler
      One Pennsylvania Plaza, 19th Floor
13    New York, NY  10119
      Telephone:  212/594-5300
14    212/868-1229 (fax)

15    LOCKRIDGE GRINDAL NAUEN P.L.L.P.
      Karen Hanson Riebel
16    100 Washington Ave. South, Suite 2200
      Minneapolis, MN  55401
17    Telephone:  612/339-6900
      612/339-0981 (fax)
18

19    ROBINSON CALCAGNIE, INC.
      Daniel S. Robinson
20    19 Corporate Plaza Dr.
      Newport Beach, CA  92660
21    Telephone: 949/720-1288
      949/720-1292
22    drobinson@robinsonfirm.com

23
      *Attorneys for Plaintiffs and Proposed Class*
24    *Counsel*

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that April 8, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 8, 2019.

*s/ John A. Yanchunis*
John A. Yanchunis

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
813/223-5402 (fax)