| | |
|---|---|
| Ann Marie Mortimer (SBN 169077) | Theodore J. Boutrous, Jr. (SBN 132099) |
| amortimer@HuntonAK.com | tboutrous@gibsondunn.com |
| Jason J. Kim (SBN 221476) | Joshua A. Jessen (SBN 222831) |
| kimj@HuntonAK.com | jjessen@gibsondunn.com |
| Kirk A. Hornbeck (SBN 241708) | **GIBSON, DUNN & CRUTCHER LLP** |
| khornbeck@HuntonAK.com | 333 South Grand Avenue |
| **HUNTON ANDREWS KURTH LLP** | Los Angeles, California 90071 |
| 550 South Hope Street, Suite 2000 | Telephone: (213) 229-7000 |
| Los Angeles, California 90071-2627 | Facsimile:  (213) 229-7520 |
| Telephone: (213) 532-2000 | |
| Facsimile:  (213) 532-2020 | Michael Li-Ming Wong (SBN 194130) |
| | mwong@gibsondunn.com |
| Samuel A. Danon (admitted *pro hac vice*) | Rachel S. Brass (SBN 219301) |
| sdanon@HuntonAK.com | rbrass@gibsondunn.com |
| John J. Delionado (admitted *pro hac vice*) | **GIBSON, DUNN & CRUTCHER LLP** |
| jdelionado@HuntonAK.com | 555 Mission Street, Suite 3000 |
| **HUNTON ANDREWS KURTH LLP** | San Francisco, California 94105 |
| 1111 Brickell Avenue, Suite 2500 | Telephone: (415) 393-8200 |
| Miami, Florida 33143 | Facsimile:  (415) 393-8306 |
| Telephone: (305) 810-2500 | |
| Facsimile:  (305) 810-2460 | |

Attorneys for Defendants
Yahoo! Inc. and
Aabaco Small Business, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO.:  16-MD-02752-LHK<br><br>**DEFENDANT YAHOO! INC. AND AABACO SMALL BUSINESS, LLC'S CERTIFICATION OF MAILING NOTICES OF PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C.§ 1715 (b)** |

**DEFENDANTS' CERTIFICATION**

Defendants Yahoo! Inc. and Aabaco Small Business, LLC ("Defendants"), by counsel, hereby certify to the Court that they have complied with the provisions of 28 U.S.C. 1715(b), which requires defendants, within 10 days after a proposed settlement of a class action is filed in court, to provide notice to the "appropriate State Official of each State in which a class member resides and the appropriate Federal Official."

On April 18, 2019, via certified mail, Defendants provided to the relevant State and Federal officials the information required by Section 1715(b).  *See generally* Declaration of Scott M. Fenwick, filed concurrently herewith.  Mr. Fenwick is a representative for the Heffler Claims Group, which was engaged to provide CAFA notification services for this matter.  An exemplar of the mailed notice is attached to the Declaration of Scott M. Fenwick as Exhibit A.  Exhibit B to the declaration lists all the Attorney Generals to whom notices were mailed on the same day.

Dated:  May 7, 2019               **HUNTON ANDREWS KURTH LLP**

                                  By:   /s/ Ann Marie Mortimer
                                        Ann Marie Mortimer
                                        Attorneys for Defendants
                                        Yahoo! Inc. and
                                        Aabaco Small Business, LLC

1

DEFENDANTS' CERTIFICATION OF MAILING NOTICES OF
PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C.§ 1715 (b)
068843.0001006 EMF_US 74020714v1
16-MD-02752-LHK