UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER FOR SUPPLEMENTAL INFORMATION** |

The Court hereby ORDERS Plaintiffs' counsel to file the following supplemental information in support of Plaintiffs' motion for preliminary approval: (1) additional lodestar information, including the name of the attorneys, paralegals, or other individuals who worked on the case, their title, their date of admittance (if applicable), and their hourly rate (as done in ECF No. 337-6); and (2) an explanation of the total incentive award request, including how many Plaintiffs will request $2,500, how many Plaintiffs will request $5,000, and how many Plaintiffs will request $7,000. Plaintiffs' counsel's supplemental information shall be filed no later than Wednesday, June 26, 2019 at 3:00 p.m. **IT IS SO ORDERED.**

Dated: June 24, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge