MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

CASEY GERRY SCHENK FRANCAVILLA
   BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
gmb@cglaw.com

TADLER LAW LLP
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Telephone: 212/946-9453
212/273-4375 (fax)
atadler@tadlerlaw.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
khriebel@locklaw.com

ROBINSON CALCAGNIE, INC.
Daniel S. Robinson (244245)
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: 949/720-1288
949/720-1292
drobinson@robinsonfirm.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ) No. 16-md-02752-LHK<br>)<br>) **PLAINTIFFS' REVISED[1] RESPONSE TO**<br>) **ORDER FOR SUPPLEMENTAL**<br>) **INFORMATION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

[1] Exhibit 1 has been revised to address a clerical error in the hourly billing rates for counsel, Ariana Tadler and Matthew Kupillas.

NB

Plaintiffs moved to provide notice to the Class of the Settlement in this matter[2] on April 8, 2019. (ECF No. 368). On June 24, 2019, the Court entered an order seeking supplemental information, specifically:

> (1) additional lodestar information, including the name of the attorneys, paralegals, or other individuals who worked on the case, their title, their date of admittance (if applicable), and their hourly rate (as done in ECF No. 337-6); and (2) an explanation of the total incentive award request, including how many Plaintiffs will request $2,500, how many Plaintiffs will request $5,000, and how many Plaintiffs will request $7,000.

(ECF No. 377).

In accord with that Order, attached hereto as **Exhibit 1**, is the requested additional lodestar information for all those involved in the MDL Case;[3] and attached as **Exhibit 2** is the requested additional lodestar information for all those involved in the JCCP Case.

As to the Service Award requests, Class Counsel will seek a Service Award of $7,500 for eight Plaintiffs, all from the MDL Case, as they each had their computers forensically imaged and were deposed: Andrew Mortensen, Mali Granot, Paul Dugas, Yaniv Rivlin, Matthew Ridolfo, Deana Ridolfo, Kimberly Heines, and Hashmatullah Essar. Counsel will seek Service Awards of $5,000 for three Plaintiffs, as they were either deposed or had their computers forensically imaged: Brian Neff (MDL Case), John Bell (JCCP Case), and Michelle Bouras (JCCP Case). And Counsel will seek Service Awards of $2,500 for five Plaintiffs, all from the JCCP Case, as they were not deposed and did not have their computers forensically imaged: Jana Brabcova, Reid Bracken, Hilary Gamache, Jared Pastor, and Brendan Quinn. Combined, the request for Service Awards will therefore total $87,500.00.

---

[2] A process previously referred to as preliminary approval, *see* Fed. R. Civ. P. 23, 2018 Advisory Committee Note., Subdivision (c)(2).

[3] Unless otherwise noted, all capitalized terms are defined in the Amended Settlement Agreement and Release and/or the Memorandum in Support of Plaintiff's Motion to Notice the Class (ECF Nos. 369, 369-2).

DATED:  June 26, 2019

MORGAN & MORGAN
COMPLEX LITIGATION  GROUP
John A. Yanchunis

*s/ John A. Yanchunis*
John A. Yanchunis

201 N. Franklin  Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
813/223-5402 (fax)

ROBBINS GELLER  RUDMAN
   & DOWD LLP
Stuart A. Davidson
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

CASEY GERRY  SCHENK FRANCAVILLA
   BLATT  & PENFIELD LLP
Gayle M. Blatt
110 Laurel Street
San Diego, CA  92101
Telephone:  619/238-1811
619/544-9232 (fax)

TADLER  LAW LLP
Ariana J. Tadler
One Pennsylvania  Plaza, 19th Floor
New York, NY  10119
Telephone:  212/946-9453
212/273-4375  (fax)

LOCKRIDGE GRINDAL  NAUEN P.L.L.P.
Karen Hanson Riebel
100 Washington  Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone:  612/339-6900
612/339-0981 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROBINSON CALCAGNIE, INC.
Daniel S. Robinson
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: 949/720-1288
949/720-1292
drobinson@robinsonfirm.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

1

CERTIFICATE OF SERVICE

2      I hereby certify that on June 25, 2019, I authorized the electronic filing of the foregoing

3  with the Clerk of the Court using the CM/ECF system which will send notification of such filing

4  to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify

5  that I caused to be mailed the foregoing document or paper via the United States Postal Service to

6  the non-CM/ECF participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct. Executed on June 25, 2019.

9                                          *s/ John A. Yanchunis*
                                            John A. Yanchunis
10
                                            MORGAN & MORGAN
11                                          COMPLEX LITIGATION GROUP
                                            201 N. Franklin Street, 7th Floor
12                                          Tampa, FL 33602
                                            Telephone: 813/223-5505
13                                          813/223-5402 (fax)

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28