# Exhibit 1

| ARNOLD LAW FIRM | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Watson, Joshua | $450.00 | Partner | 12/2/2005 |
| Ajbajoh, Rosan | $300.00 | Associate | 12/1/2017 |
| TOTALS: | | | |

| BOTTINI & BOTTINI | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Ammirati, Stephanie | $380.00 | Paralegal | N/A |
| Bottini, Francis | $850.00 | Firm Lead Partner | 2/7/1995 |
| Chang, Albert | $800.00 | Partner | 5/13/2015 |
| Hipper, Todd | $350.00 | Contract Attorney | 11/4/2010 |
| Kolesnikov, Yury | $550.00 | Associate | 2/5/2013 |
| TOTALS: | | | |

| BRONSTEIN GEWIRTZ & GROSSMAN | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Bronstein, Peretz | $350.00 / $900.00 | Member/Partner | 8/1/1986 |
| Yiftach, Shimon | $350.00 / $450.00 | Of Counsel | 6/29/2011 |
| TOTALS: | | | |

| CAPSTONE LAW | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Pike, Bevin Allen | $595.00 | Senior Counsel | 12/4/2002 |
| Lurie, Jordan | $725.00 | Fmr. Of Counsel | 12/14/1987 |
| Cirsch, Lee | $595.00 | Fmr. Senior Counsel | 12/3/2003 |
| Monesi, Trisha | $295.00 | Associate | 6/2/2015 |
| TOTALS: | | | |

| CARLSON LYNCH | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Pollock Avery, Elizabeth | $350.00 | Associate | 11/1/2012 |
| TOTALS: | | | |

| CARNEY BATES PULLIAM | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Craig, Justin | $350.00 | Associate | 9/1/2014 |
| TOTALS: | | | |

| CASEY GERRY | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Behan, Wendy | $350.00<br>$800.00 | Partner | 12/9/1998 |
| Blatt, Gayle | $900.00 | Firm Lead Partner | 12/30/1985 |
| Casey, David | $900.00 | Partner | 12/18/1974 |
| Del Castillo, Ana | $350.00<br>$450.00 | Associate | 2/1/2010 |
| Guerra, Camille | $550.00 | Associate | 2008 |
| Jagir, Jessica | $350.00<br>$450.00 | Associate | 6/1/2011 |
| Litney, Ethan | $350.00 | Associate | 1/15/2014 |
| Ratajesak, Vicki | $215.00 | Paralegal | N/A |
| Robinson, Jeremy | $350.00<br>$800.00 | Partner | 6/5/1997 |
| Sinning, Nancy | $215.00 | Paralegal | N/A |
| Williams, Alyssa | $350.00 | Associate | 11/14/2016 |
| TOTALS: | | | |

| GLANCY PRONGAY & MURRAY | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Fort, Olga | $350.00 | Of Counsel | 2005 |
| Ghosh, Paramita | $350.00 | Of Counsel | 2001 |
| Johnston, Gary | $350.00 | Of Counsel | 1979 |
| Murray, Brian | $350.00<br>$850.00 | Partner | 12/7/1990 |
| Phyo, Eugene | $350.00 | Of Counsel | 2002 |
| Spencer, Garth | $450.00 | Associate | 2012 |
| TOTALS: | | | |

| JEEVES MANDEL LAW GROUP | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Price, C. Jeffrey | $375.00 | Associate | |
| Mandel, Roger | $350.00<br>$750.00 | Firm Lead Partner | 4/7/1987 |
| Gratt, Stephanie | $125.00 | Paralegal | N/A |
| TOTALS: | | | |

| LABATON SUCHAROW | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Auer, Stacy | $325.00 | Paralegal | N/A |
| Bernstein, Joel | $900.00 | Partner | 1976 |
| Rhodes, Corban | $600.00 $650.00 $675.00 | Of Counsel | 2008 |
| Crowley, M. | $435.00 | Investigator | N/A |
| Sczesnik, Gregory | $350.00 | Staff Attorney | 2000 |
| Kamhi, Ross | $450.00 | Associate | 2012 |
| Molloy, Matthew | $325.00 | Paralegal | N/A |
| Mehringer, L. | $325.00 | Paralegal | N/A |
| Pontrelli, J. | $495.00 | Investigator | N/A |
| Schochet, Ira | $900.00 | Partner | 1985 |
| Stocker, M. | $850.00 | Partner | 1995 |
| Viczian, R. | $325.00 | Paralegal | N/A |
| Wroblewski, R. | $425.00 | Investigator | N/A |
| | TOTALS: | | |

| LAW OFFICES OF ALEXANDER M. SCHACK | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Schack, Alexander | $900.00 | Partner | 12/1/1981 |
| Parson, Angela | $350.00 | Associate | 12/4/2002 |
| Bennett, Joan | $250.00 | Paralegal | N/A |
| Serino, Natasha | $350.00 $450.00 | Associate | 11/30/2012 |
| Nocon, Shannon | $350.00 | Associate | 11/27/2017 |
| | TOTALS: | | |

| LAW OFFICE OF JEAN SUTTON MARTIN | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Viorel, Aileen | $200.00 | Staff/Project Atty | 1998 |
| Martin, Jean | $750.00 | Partner | 2000 |
| | TOTALS: | | |

| LOCKRIDGE GRINDAL NAUEN | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Riebel, Karen | $850.00 | Firm Lead Partner | 1991 |
| Lockridge, Richard | $900.00 / $925.00 | Partner | 1976 |
| Baxter-Kauf, Kate | $450.00 | Associate | 2011 |
| Johnson, Carey | $200.00 / $275.00 | Paralegal | N/A |
| Bohman, Rachel | $350.00 | Staff/Project Atty | 2017 |
| Myers, Gregory | $350.00 / $800.00 | Partner | 1998 |
| Clark, Brian | $550.00 / $600.00 | Partner | 2009 |
| Raak, Amber | $150.00 / $225.00 | Paralegal | N/A |
| Marttila, Kristen | $525.00 | Associate | 2005 |
| Saufley, Jacob | $350.00 / $445.00 / $450.00 | Associate | 2012 |
| Vanselow, Michael | $785.00 / $810.00 | Of Counsel | 1983 |
| Wagner, Arielle | $350.00 | Associate | 2016 |
| Horning Nygren, Anna | $600.00 | Partner | 2006 |
| Linsk, Rick | $550.00 | Associate | 2008 |
| Van Dyke, Megan | $350.00 | Staff/Project Atty | 2012 |
| Wells, Devona | $450.00 / $500.00 | Associate | 2011 |
| Kokoszka, Katarzyna | $200.00 | Staff/Project Atty | N/A |
| **TOTALS:** | | | |

| LOCKS LAW FIRM | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Barry, James | $550.00 | Associate | 2008 |
| bhuta, Neel | $350.00 | Associate | 2012 |
| **TOTALS:** | | | |

| MILBERG | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Andrejkovics, Paul | $850.00 | Of Counsel | 1992 |
| Azar, David | $800.00 | Partner | 1999 |
| Bomzer, Cindy | $325.00 | Paralegal | N/A |
| Clark, Melissa | $550.00 | Associate | 2008 |
| Czeisler, Jennifer | $350.00 / $800.00 | Senior Counsel | 1999 |
| Hughes, John | $350.00 | Associate | 2012 |
| Joseph, Jason | $325.00 | Paralegal | N/A |
| Kelston, Henry | $850.00 | Partner | 1979 |
| Kupillas, Matthew | $850.00 | Partner | 1994 |
| Petrick, Michelle | $475.00 | Investigator | N/A |
| Rado, Andrei | $800.00 | Partner | 2000 |
| Schuyler, Christopher | $350.00 / $550.00 | Associate | 2011 |
| Slidder, Charles | $600.00 | Senior Counsel | 2009 |
| Tadler, Ariana | $875.00 | Firm Lead Partner | 1992 |
| Thompson, Chris | $325.00 | Investigator | N/A |
| Velazquez, Ray | $300.00 | Document Clerk | N/A |
| TOTALS: | | | |

| MORGAN & MORGAN | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Mirabole, Angela | $350.00 / $717.00 | Associate | 2003 |
| Reign, David | $300.00 | Investigator | N/A |
| Lockwood, Emily | $150.00 | Paralegal | N/A |
| Martin, Jean | $864.00 | Associate | 1998 |
| Cabezas, Jennifer | $150.00 / $196.00 | Paralegal | N/A |
| Yanchunis, John | $900.00 / $950.00 | Firm Lead Partner | 1981 |
| Cohen, Jonathan | $717.00 | Partner | 2006 |
| Walters, Lee | $300.00 | Investigator | N/A |
| Valladares, Marcio | $864.00 | Associate | 1993 |
| Glassman, Marisa | $636.00 | Partner | 2009 |
| Barthle, Patrick | $450.00 / $636.00 | Partner | 2012 |
| Chumbris, Stephen | $350.00 | Staff/Project Atty | 2011 |
| Brown, Brian | $350.00 | Staff/Project Atty | 1992 |
| McGee, Ryan | $636.00 | Partner | 2009 |
| TOTALS: | | | |

| RAM OLSON/ROBINS KAPLAN | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Blum, David | $185.00 | Paralegal | N/A |
| Malone, Matt | $500.00 | Associate | 12/5/2002 |
| Ram, Michael | $800.00 | Partner | 12/3/1982 |
| Brown, Susan | $400.00 $500.00 | Associate | 4/22/2013 |
| TOTALS: | | | |

| ROBBINS GELLER RUDMAN & DOWD | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Alperstein, Jason | $600.00<br>$700.00<br>$750.00 | Partner | 4/16/2009 |
| Antullis, Dorothy | $350.00<br>$550.00<br>$570.00 | Associate | 10/26/2004 |
| Bays, Lea | $510.00 | Of Counsel | 7/1/2008 |
| Beall, Bradley | $175.00<br>$350.00 | Associate | 9/24/2018 |
| Bell, Angela | $275.00 | Paralegal | N/A |
| Brandon, Kelley | $250.00 | Investigator | N/A |
| Brenner, Michael | $175.00 | Staff/Project Atty | |
| Carey, Timothy | $350.00 | Staff/Project Atty | 11/5/2009 |
| Cummings, Scott | $350.00 | Staff/Project Atty | 9/20/2016 |
| Davidson, Stuart | $780.00<br>$850.00<br>$875.00<br>$925.00 | Firm Lead Partner | 9/26/1996 |
| Davis, Alina | $350.00<br>$550.00 | Associate | 12/19/1994 |
| Dearman, Mark | $825.00 | Partner | 9/28/1993 |
| Geller, Paul | $850.00 | Partner | 9/30/1993 |
| Hall, David | $450.00 | Associate | 12/27/2010 |
| Hanson, Katina | $280.00<br>$300.00 | Paralegal | N/A |
| Herman, John | $845.00 | Partner | 7/10/1992 |
| Kosches, Jon | $350.00 | Staff/Project Atty | 1/27/1999 |
| Luedeke, Erik | $550.00 | Associate | 6/1/2007 |
| Marenco, Ricardo | $450.00 | Associate | 10/3/2014 |
| Milliron, Christine | $375.00 | Paralegal | N/A |
| Navarrete, Ivania | $295.00 | Paralegal | N/A |
| Nielsen, Lee | $295.00 | Paralegal | N/A |
| Pintar, Theodore | $900.00<br>$990.00 | Partner | 12/14/1987 |
| Puerto, Patricia | $295.00<br>$325.00 | Paralegal | N/A |
| Robbins, Darren | $850.00 | Partner | 12/30/1993 |
| Roelen, Scott | $295.00 | Investigator | N/A |
| Sellar, Kevin | $350.00 | Staff/Project Atty | 9/24/2016 |
| Vanore, Deborah | $295.00 | Paralegal | N/A |
| Walton, David | $850.00 | Partner | 12/8/1993 |
| Weas, Amylu | $100.00 | Investigator | N/A |
| Wilens, Douglas | $850.00 | Partner | 5/10/1996 |
| Williams, Shawn | $850.00 | Partner | 5/29/1996 |
| Williams, Susan | $295.00<br>$325.00 | Paralegal | N/A |
| Wood, Greg | $100.00 | Investigator | N/A |
| **TOTALS:** | | | |

| ROBERT SHELIST | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Robert Shelist | $350.00 | Firm Lead Partner | 5/13/1988 |
| | $900.00 | | |
| TOTALS: | | | |

| STULL STULL & BRODY | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Bishop, Patrice | $850.00 | Associate | 1996 |
| D'Agnenica, Jason | $350.00 | Associate | 2003 |
| Harrigan, Paul | $295.00 | Paralegal | N/A |
| Longman, Howard | $900.00 | Associate | 1982 |
| Slyne, Patrick | $850.00 | Associate | 1990 |
| TOTALS: | | | |

| TSIMPEDES LAW FIRM | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Athan Tsimpedes | $450.00 | Of Counsel | 1999 |
| TOTALS: | | | |

| ZAERI TABB | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Deval Zaveri | $350.00 | Firm Lead Partner | CA 06/04/2001 |
| | $800.00 | | GA 11/10/1997 |
| | $850.00 | | |
| James Tabb | $800.00 | Partner | CA 08/09/2000 |
| | | | GA 05/21/1998 |
| TOTALS: | | | |