# Exhibit 2

| BROWN NERI SMITH & KHAN, LLP | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Ridley, Starr | $150.00 | 06 Paralegal | |
| Smith, Nathan | $700.00 | 02 Partner | 2004 |
| Warren, James F. | $350.00 | 04 Associate | 2016 |
| Yegazarian, Nona | $350.00 | 04 Associate | 2017 |
| TOTALS: | | | |

| BISNAR CHASE | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Beligan, Jerusalem | $550.00 | 04 Associate | 2000 |
| Chase, Brian | $850.00 | 01 Firm Lead Partner | 1993 |
| Duncan, Amy | $50.00 | 06 Paralegal | |
| Hyun, Daniel | $350.00 | 04 Associate | 2016 |
| Ruiz, Javier | $150.00 | 06 Paralegal | |
| TOTALS: | | | |

| FINEMAN POLINER LLP | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Fineman, Neil B. | $850.00 | 01 Firm Lead Partner | 1995 |
| TOTALS: | | | |

| FINKELSTEIN BLANKINSHIP FREI-PEARSON & GARBER, LLP | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Blankinship, Greg | $800.00 | 02 Partner | 2002 |
| Frei-Pearson, Jeremiah | $800.00 | 01 Firm Lead Partner | 2003 |
| Khalil, Chantal | $350.00 | 04 Associate | 2016 |
| Langan, Kathleen | $240.00 | Contract Attorney | 1990 |
| McGuire, Ayana | $550.00 | 04 Associate | 2009 |
| Ozuna, Evelyn | $190.00 | 06 Paralegal | |
| Osborne, Difie | $450.00 | 04 Associate | 2013 |
| Roman, Antonino | $550.00 | 04 Associate | 1998 |
| Sardesai-Grant, John | $550.00 | 04 Associate | 2009 |
| Sedlak, Jean | $550.00 | 04 Associate | 2009 |
| Silverman, Brad | $550.00 | 04 Associate | 2001 |
| TOTALS: | | | |

| KABATECK BROWN KELLNER LLP | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Kabateck, Brian | $850.00 | 01 Firm Lead Partner | 1991 |
| Moreno, Nicholas | $350.00 | 04 Associate | 2016 |
| Noyes, Christopher | $600.00 | 02 Partner | 2010 |
| Pang, Natalie | $350.00 | 04 Associate | 2015 |
| TOTALS: | | | |

| KELLER GROVER | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |

| Name | Rate | Title | Date of Admittance |
|---|---|---|---|
| Acevedo, Elizabeth | $550.00 | 04 Associate | 2003 |
| Barnes, Daniel | $550.00 | Contract Attorney | 2009 |
| Grover, Eric | $850.00 | 01 Firm Lead Partner | 1988 |
| Quilhuis, Rubi | $350.00 | 04 Associate | 2012 |
| Spencer, Robert | $550.00 | 04 Associate | 2005 |
| Vahdat, Alex | $450.00 | 04 Associate | 2012 |
| TOTALS: | | | |

| ROBINSON CALCAGNIE, INC. | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Anderson, Barbara | $250.00 | 06 Paralegal | |
| Micek, Genna | $450.00 | 04 Associate | 2013 |
| Olson, Michael | $375.00 | 04 Associate | 2016 |
| Pfeffer, Sarah | $250.00 | Paralegal/Law Clerk | |
| Polischuk, Wesley | $700.00 | 02 Partner | 2007 |
| Robinson, Daniel | $700.00 | 01 Firm Lead Partner | 2006 |
| Rogers, Jennifer | $250.00 | 06 Paralegal | |
| Spiro, Chris | $250.00 | Paralegal/Law Clerk | |
| Takanabe, Conda | $250.00 | 06 Paralegal | |
| TOTALS: | | | |

| SAMINI COHEN SPANOS LLP | | | |
|---|---|---|---|
| Name | Rate | Title | Date of Admittance |
| Highland, Bella | $150.00 | 06 Paralegal | |
| Hoesly, Matthew | $425.00 | 04 Associate | 2013 |
| Oberle, Bryan | $250.00 | 04 Associate | 2016 |
| Samini, Bobby | $850.00 | 01 Firm Lead Partner | 1996 |
| Thornton, Capazin | $200.00 | 06 Paralegal | |
| TOTALS: | | | |