UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER RE: PRELIMINARY APPROVAL HEARING** |
|---|---|

The Court lifts the stay.

On June 27, 2019, the Court held a hearing on Plaintiffs' motion for preliminary approval. By July 11, 2019, Plaintiffs shall file their revised notice forms.

The Court allowed Plaintiff to withdraw the second amended complaint and denied without prejudice Plaintiffs' motion to file under seal portions of the second amended complaint. ECF No. 367. The Court granted Plaintiffs leave to file a new second amended complaint and a motion to file under seal portions of the new second amended complaint by July 11, 2019.

**IT IS SO ORDERED.**

Dated: June 27, 2019

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1

Case No. 16-MD-02752-LHK
ORDER RE: PRELIMINARY APPROVAL HEARING