MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
jyanchunis@ForThePeople.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com

CASEY GERRY SCHENK FRANCAVILLA
   BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
gmb@cglaw.com

TADLER LAW LLP
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza, 36th Floor
New York, NY 10119
Telephone: 212/946-9300
atadler@tadlerlaw.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
khriebel@locklaw.com

ROBINSON CALCAGNIE, INC.
Daniel S. Robinson (244245)
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: 949/720-1288
949/720-1292
drobinson@robinsonfirm.com

*Attorneys for Plaintiffs and Settlement Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | No. 16-md-02752-LHK |
| | **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| | Date:         April 2, 2020 |
| | Time:         1:30 p.m. |
| | Courtroom:  8, 4th Floor |
| | Judge:        Hon. Lucy H. Koh |

1    PLEASE TAKE NOTICE THAT Plaintiffs move the Court to grant Plaintiffs' Motion for

2   Final Approval.

3    Plaintiffs respectfully request that the Court finally approve the Settlement and that the

4   Court enter an Order that:

5    (1) Finally approves the Amended Settlement Agreement and Release (ECF No. 396-

6    2);

7

8    (2) Finally certifies the following Settlement Class under Fed. R. Civ. P. 23(b)(2) and

9    (b)(3):

10    All U.S. and Israel residents and small businesses with Yahoo
accounts at any time during the period of January 1, 2012 through

11    December 31, 2016, inclusive; provided, however, that the
following are excluded from the Settlement Class: (i) Defendants,

12    (ii) any entity in which Defendants have a controlling interest, (iii)
Defendants' officers, directors, legal representatives, successors,

13    subsidiaries, and assigns; (iv) any judge, justice, or judicial officer

14    presiding over this matter and the members of their immediate
families and judicial staff; and (v) any individual who timely and

15    validly opts-out from the Settlement Class.

16

17    (3) Finally appoints as Class Representatives: John Bell, Michelle Bouras, Jana

18    Brabcova, Reid Bracken, Paul Dugas, Hashmatullah Essar, Hilary Gamache, Mali

19    Granot, Kimberly Heines, Andrew J. Mortensen, Brian Neff, Jared Pastor, Brendan

20    Quinn, Deana Ridolfo, Matthew Ridolfo, and Yaniv Rivlin;

21    (4) Finally appoints as Class Counsel:

22    a.  Lead Class Counsel: John Yanchunis of Morgan & Morgan Complex

23    Litigation Group;

24    b.  Executive Class Counsel: Ariana Tadler of Milberg Tadler Phillips

25    Grossman LLP, Stuart Davidson of Robins Geller Rudman & Dowd LLP,

26    Gayle Blatt of Casey Gerry Schenk Francavilla Blatt & Penfield LLP, and

27    Karen Hanson Riebel of Lockridge Grindal Nauen PLLP; and

28

1                       c.    Additional Class Counsel: Daniel Robinson of Robinson Calcagnie, Inc

2        (5) Finally approves the Notice Program as implemented;

3        (6) Finally appoints Heffler as the Claims Administrator;

4        (7) Overrules all objections; and

5        (8) Grants further relief as the Court deems just and proper.

6

7   DATED: January 31, 2020               Respectfully submitted,

8

9                            MORGAN & MORGAN
                           COMPLEX LITIGATION GROUP

10                            John A. Yanchunis

                          */s/ John A. Yanchunis*

11                            John A. Yanchunis

12                            201 N. Franklin Street, 7th Floor
                           Tampa, FL  33602

13                            Telephone:  813/223-5505
                           813/223-5402 (fax)

14

15                            ROBBINS GELLER RUDMAN
                             & DOWD LLP

16                            Stuart A. Davidson (Admitted *Pro Hac Vice*)
                           120 East Palmetto Park Road, Suite 500

17                            Boca Raton, FL  33432
                           Telephone:  561/750-3000

18                            561/750-3364 (fax)
                           sdavidson@rgrdlaw.com

19

20                            CASEY GERRY SCHENK FRANCAVILLA
                             BLATT & PENFIELD LLP

21                            Gayle M. Blatt (122048)
                           110 Laurel Street

22                            San Diego, CA  92101
                           Telephone:  619/238-1811

23                            619/544-9232 (fax)

24                            TADLER LAW LLP

25                            Ariana J. Tadler (Admitted *Pro Hac Vice*)
                           One Pennsylvania Plaza, 36th Floor

26                            New York, NY 10119
                           Telephone: 212/946-9300

27                            atadler@tadlerlaw.com

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac* Vice)
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone:  612/339-6900
612/339-0981 (fax)

ROBINSON CALCAGNIE, INC.
Daniel S. Robinson (244245)
19 Corporate Plaza Dr.
Newport Beach, CA  92660
Telephone: 949/720-1288
949/720-1292
drobinson@robinsonfirm.com

*Attorneys for Plaintiffs and Settlement Class
Counsel*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that January 31, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed January 31, 2020.

/s/ *John A. Yanchunis*_____
John A. Yanchunis
MORGAN  &  MORGAN  COMPLEX
LITIGATION GROUP
201 N. Franklin Street,
7th Floor Tampa, FL 33602
Telephone:  813/223-5505
813/223-5402 (fax)

MOTION FOR FINAL APPROVAL - 16-md-02752-LHK                                    - 3 -