1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

19

20

21

22

| IN RE: YAHOO! INC. CUSTOMER DATA BREACH SECURITY LITIGATION | CASE NO. 16-MD-02752-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION SEEKING OBJECTION BRIEFING SCHEDULE |
| --- | --- |

23

24

25

26

27

28

1    This Court's Preliminary Approval Order set the deadline for filing of Plaintiffs' Motion for

2 Final Approval of Class Action Settlement for January 31, 2020, and the deadline for Class

3 Members to object to the Settlement for March 6, 2020.  (ECF No. 390).  Plaintiffs' motion seeks a

4 briefing schedule related to the objections.  Defendants do not oppose the relief requested. The Court

5 **GRANTS** the motion. Plaintiffs shall file any responses to objections on or before March 19, 2020.

6    **IT IS SO ORDERED.**

7    Dated: ___February 10, 2020___          _Lucy H. Koh_____

8                                            LUCY H. KOH

9                                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28