drobinson@robinsonfirm.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

FILED
FEB 21 2020

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA ) | |
| SECURITY BREACH LITIGATION ) | |
| ) | Case No. 5: 16-md-02752-LHK |
| In re: Claimant Steven Kent Luker ) | Hon. Lucy H. Koh |
| Claimant #▇▇▇▇▇ ) | Courtroom 8, 4th Floor |

<u>OBJECTION TO CLASS COUNSEL ATTORNEY FEES</u>

I, Steven Kent Luker, do hereby object to Class Counsel's Motion for Attorney Fees in the Amount of $30 million dollars.



_____

Signature of Claimant

Steven Kent Luker

Claimant #▇▇▇▇▇

Steven Kent Luker

Pro se

▇▇▇▇▇▇▇▇▇▇▇▇

Email: ▇▇▇▇▇▇▇▇