UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEYS PRO HAC VICE**<br><br>Re: Dkt. Nos. 430, 431 |

On March 6, 2020, counsel for objector James McCain filed motions for admission of attorneys pro hac vice. ECF Nos. 430, 431. Counsel for objector James McCain failed to date the signed declarations. Thus, the Court DENIES without prejudice the instant applications for admission of attorneys pro hac vice.

**IT IS SO ORDERED.**

Dated: March 10, 2020

_____
LUCY H. KOH
United States District Judge

1
Case No. 16-MD-02752-LHK
ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR ADMISSION OF ATTORNEYS PRO HAC VICE