ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
gmb@cglaw.com

TADLER LAW LLP
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: 212/594-5300
212/868-1229 (fax)
atadler@milberg.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
Washington Ave. South, Suite 2200
100 Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
khriebel@locklaw.com

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re YAHOO! INC. CUSTOMER DATA BREACH SECURITY LITIGATION | No. 16-md-02752-LHK<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT FINAL APPROVAL HEARING**<br><br>Date: April 9, 2020<br><br>TIME: 1:30 P.M. |

Cases\4817-5867-5640.v1-3/23/20

**TO THE CLERK OF THE COURT AND THE HONORABLE LUCY H. KOH:**

Stuart A. Davidson (Plaintiffs' Executive Committee member) hereby requests to be permitted to appear telephonically at the Final Approval Hearing scheduled in this case for April 9, 2020 at 1:30 p.m., and that the Court authorize counsel to arrange said participation via Court Call.

Good cause exists for the granting of this request in light of the COVID-19 pandemic. A telephonic appearance will appropriately promote the interests of judicial economy and efficiency..

DATED: March 23, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
Stuart A. Davidson

*s/ Stuart A. Davidson*
STUART A. DAVIDSON

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
813/223-5402 (fax)

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD LLP
Gayle M. Blatt
110 Laurel Street
San Diego, CA  92101
Telephone:  619/238-1811
619/544-9232 (fax)

TADLER LAW LLP
Ariana J. Tadler
One Penn Plaza, 36th Floor
New York, NY  10119
Telephone:  212/594-5300
212/868-1229 (fax)

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone:  612/339-6900
612/339-0981 (fax)

*Attorneys for Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I authorized the electronic filing of the foregoing **Request to Appear Telephonically at Final Approval Hearing** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 23, 2020.

  *s/ Stuart A. Davidson*
  STUART A. DAVIDSON

  ROBBINS GELLER RUDMAN
    & DOWD LLP
  120 E. Palmetto Park Rd., Suite 500
  Boca Raton, FL  33432
  Telephone:  561/750-3000
  561/750-3364 (fax)
  E-mail:sdavidson@rgrdlaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | CASE NO. 16-md-02752-LHK<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT FINAL SETTLEMENT HEARING**<br><br>Date:  April 9, 2020<br>Time: 1:30 p.m. |

The Court, having read and considered Stuart A. Davidson's Request to Appear Telephonically at the Final Settlement Hearing set for April 9, 2020 at 1:30 p.m., and good cause appearing, it is ordered that:

Stuart A. Davidson's Request for a Telephonic Appearance at the April 9, 2020 Final Settlement Hearing is GRANTED.  Counsel is authorized to arrange said participation via Court Call.

IT IS SO ORDERED.

_____
Hon. Lucy H. Koh
United States District Judge

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT FINAL SETTLEMENT – 16-md-02752-LHK
Cases\4817-5867-5640.v1-3/23/20

1