MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

CASEY GERRY SCHENK FRANCAVILLA
   BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
gmb@cglaw.com

TADLER LAW
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza, 36th Floor
New York, NY 10119
Telephone: 212/946-9300
atadler@tadlerlaw.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
khriebel@locklaw.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | No. 16-md-02752-LHK <br><br> REQUEST TO APPEAR TELEPHONICALLY AT FINAL APPROVAL HEARING <br><br> Date: April 9, 2020 <br><br> Time: 1:30 P.M. |

548014.1

1  **TO THE CLERK OF THE COURT AND THE HONORABLE LUCY H. KOH:**

2  Karen H. Riebel (Plaintiffs' Executive Committee member) hereby requests to be
3  permitted to appear telephonically at the Final Approval Hearing scheduled in this case for April
4  9, 2020 at 1:30 p.m., and that the Court authorize counsel to arrange said participation via Court
5  Call.

6  Good cause exists for the granting of this request in light of the COVID-19 pandemic. A
7  telephonic appearance will appropriately promote the interests of judicial economy and
8  efficiency.

9  DATED: March 23, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
  *s/ Karen Hanson Riebel*
Karen Hanson Riebel
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
Stuart A. Davidson
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

CASEY GERRY SCHENK FRANCAVILLA
  BLATT & PENFIELD LLP
Gayle M. Blatt
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)

TADLER LAW
Ariana J. Tadler
One Pennsylvania Plaza, 36th Floor
New York, NY 10119
Telephone: 212/946-9300

*Attorneys for Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that March 23, 2020, I authorized the electronic filing of the foregoing **Request to Appear Telephonically at Final Approval Hearing.** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 23, 2020.

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

*s/ Karen Hanson Riebel*
Karen Hanson Riebel
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)