UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 16-MD-02752-LHK<br><br>**ORDER RE: FINAL APPROVAL HEARING** |

At the June 18, 2020 hearing on Plaintiffs' motion for final approval of class action settlement and motion for attorney's fees, the Court requested additional information, which Plaintiffs agreed to provide by June 26, 2020. For the convenience of the parties, the Court lists the information below.

By June 26, 2020, Plaintiffs shall file two consolidated lists, one for the MDL case and one for the state court case, of the individuals who have billed any amount in the two cases. The consolidated lists shall include each individual biller's firm, title/position, hourly rate, date of admission to the bar, number of hours billed, and description of the tasks performed. Further, for any individual who is listed as a "Staff/Project Attorney" or is paid hourly, Plaintiffs shall identify the individual's salary and/or hourly wage.

Plaintiffs shall also file a separate list of individuals who billed any amount in the MDL case after the Court's February 1, 2018 Order Re: Efficiency Protocols, along with the biller's firm, title/position, hourly rate, date of admission to the bar, number of hours billed after February 1, 2018, and a description of the tasks performed after February 1, 2018.  ECF No. 208.

Plaintiffs request a lodestar of $753,862 for work performed after Plaintiffs filed their motions for preliminary approval and attorney's fees on January 31, 2020.  ECF No. 416 at 23.  Accordingly, Plaintiffs shall file a separate list of individuals who billed any amount after January 31, 2020, along with the biller's firm, title/position, hourly rate, date of admission to the bar, number of hours billed after January 31, 2020, and description of the tasks performed after January 31, 2020.  *See* ECF Nos. 413, 415 (motions for final approval and attorney's fees filed on January 31, 2020).  Plaintiffs shall also provide a list of individuals who will bill in the future, along with the anticipated biller's firm, title/position, hourly rate, date of admission to the bar, number of hours expected to be billed, and description of the tasks to be performed.

Finally, Plaintiffs shall file the total payment provided and that will be provided to Professor Geoffrey Parsons Miller for his work, including payment for his declaration, ECF No. 416-1, attendance at the final approval and attorney's fees hearing, expenses, and any assistants.  Plaintiffs shall provide the same information as to the Hon. Thierry Patrick Colaw (Ret.) as applicable.  ECF No. 416-6.

**IT IS SO ORDERED.**

Dated: June 19, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge