Steve A. Miller (State Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

Jonathan E. Fortman (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, MO 63031
Ph# (314) 522-2312
Fax: (314) 524-1519
Email: jef@fortmanlaw.com

John C. Kress (53396 MO)
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO 63111
Ph.#: (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com

Attorneys for Objector Aaron Miller

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | Case No. 16-MD-02752-LHK<br><br>NOTICE OF APPEAL |

Class Member/Objector Aaron Miller hereby appeals the Second Amended Order Granting Plaintiffs' Motion for Approval of Class Action Settlement; Granting in part Plaintiffs' Attorneys' Fees, Costs and Expenses and Service Awards (Doc. 497) dated July 22, 2020 and the Amended Judgment (Doc. 498) dated July 22, 2020.

Dated this 21st of August 2020  Respectfully submitted

                                                      STEVE A. MILLER, PC

                                                     /s/ Steve A. Miller_____
                                                  STEVE A. MILLER

## **CERTIFICATE OF SERVICE**

A copy of the foregoing has been served upon all parties by operation of the court's Electronic Case Filing system this 21st day of August 2020

                                                        _____/s/ Steve A. Miller_____