| | |
|---|---|
| MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>John A. Yanchunis (Admitted *Pro Hac Vice*)<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL  33602<br>Telephone:  813/223-5505<br>813/223-5402 (fax)<br>jyanchunis@ForThePeople.com | TADLER LAW LLP<br>Ariana J. Tadler (Admitted *Pro Hac Vice*)<br>One Pennsylvania Plaza, 19th Floor<br>New York, NY 10119<br>Telephone: 212/946-9453<br>212/273-4375  (fax)<br>atadler@tadlerlaw.com |
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Stuart A. Davidson (Admitted *Pro Hac Vice*)<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax)<br>sdavidson@rgrdlaw.com | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>Karen Hanson Riebel (Admitted *Pro Hac Vice*)<br>100 Washington Ave. South, Suite 2200<br>Minneapolis, MN  55401<br>Telephone: 612/339-6900<br>612/339-0981 (fax)<br>khriebel@locklaw.com |
| CASEY GERRY SCHENK FRANCAVILLA<br>  BLATT & PENFIELD LLP<br>Gayle M. Blatt (122048)<br>110 Laurel Street<br>San Diego, CA  92101<br>Telephone:  619/238-1811<br>619/544-9232 (fax)<br>gmb@cglaw.com | ROBINSON CALCAGNIE, INC.<br>Daniel S. Robinson (244245)<br>19 Corporate Plaza Dr.<br>Newport Beach, CA  92660<br>Telephone: 949/720-1288<br>949/720-1292<br>drobinson@robinsonfirm.com |

*Settlement Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  No. 16-md-02752-LHK<br><br>**PLAINTIFFS' RESPONSE TO LETTER FROM JAMES L. KELLY (ECF NO. 531).** |

1   Pursuant to instructions received from the Court, Plaintiffs submit this response regarding
2   the Letter from James L. Kelly, (ECF No. 531) (hereinafter "the Kelly Letter" or "the Letter").

3   In the Letter, Mr. Kelly states that he met all the requirements for filing a claim, however
4   he has been unable to contact anyone with the Settlement Administrator, having his mail returned
5   as undeliverable. (*Id.*)

6   Following receipt of the Kelly Letter, Plaintiffs' Counsel forwarded it to the Settlement
7   Administrator, Heffler, and inquired whether it had received a Claim Form, or any other contact,
8   from Mr. Kelly. Mr. Scott Fenwick, of Heffler, confirmed that the P.O. Box set up for the
9   Settlement is and remains open, and that Heffler has received, and continues to receive, pieces of
10  correspondence at the listed P.O. Box, up to the present. Given this ongoing viability of the P.O.
11  Box, Mr. Fenwick could not explain why the correspondence that Mr. Kelly attempted to send to
12  Heffler was returned and noted as "unclaimed."

13  In any event, as requested in the Letter, Heffler sent a response letter to Mr. Kelly letting
14  him know the status of the Settlement. Heffler also reviewed its contact and claims data and found
15  no record that Mr. Kelly had previously corresponded with Heffler, and no record of him having
16  filed a claim. Class Counsel is likewise unaware of any prior contact from Mr. Kelly.

17  Should Class Counsel receive any further communications from Mr. Kelly, they will
18  diligently respond.

19  DATED: June 11, 2021               MORGAN & MORGAN
                                        COMPLEX LITIGATION GROUP
20                                      John A. Yanchunis

21                                      *s/ John A. Yanchunis*
                                        John A. Yanchunis
22
                                        201 N. Franklin Street, 7th Floor
23                                      Tampa, FL  33602
                                        Telephone:  813/223-5505
24                                      813/223-5402 (fax)

|   |   |
|---|---|
| 1 |   |
| 2 | ROBBINS GELLER RUDMAN<br>    & DOWD LLP |
| 3 | Stuart A. Davidson<br>120 East Palmetto Park Road, Suite 500 |
| 4 | Boca Raton, FL  33432<br>Telephone:  561/750-3000 |
| 5 | 561/750-3364 (fax) |
| 6 | CASEY GERRY SCHENK FRANCAVILLA<br>    BLATT & PENFIELD LLP |
| 7 | Gayle M. Blatt |
| 8 | 110 Laurel Street<br>San Diego, CA  92101 |
| 9 | Telephone:  619/238-1811<br>619/544-9232 (fax) |
| 10 |   |
| 11 | TADLER LAW LLP<br>Ariana J. Tadler |
| 12 | One Pennsylvania Plaza, 19th Floor<br>New York, NY  10119 |
| 13 | Telephone:  212/946-9453<br>212/273-4375  (fax) |
| 14 |   |
| 15 | LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>Karen Hanson Riebel |
| 16 | 100 Washington Ave. South, Suite 2200<br>Minneapolis, MN  55401 |
| 17 | Telephone:  612/339-6900<br>612/339-0981 (fax) |
| 18 |   |
| 19 | ROBINSON CALCAGNIE, INC.<br>Daniel S. Robinson |
| 20 | 19 Corporate Plaza Dr.<br>Newport Beach, CA  92660 |
| 21 | Telephone: 949/720-1288<br>949/720-1292 |
| 22 | drobinson@robinsonfirm.com |
| 23 | *Attorneys for Plaintiffs and Proposed Class Counsel* |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

PLTFS' RESPONSE TO LETTER FROM JAMES L. KELLY
16-md-02752-LHK                                                                                                      - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2021.

*s/ John A. Yanchunis*
John A. Yanchunis

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
813/223-5402 (fax)