MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis (Admitted *Pro Hac Vice*)
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: 813/223-5505
813/223-5402 (fax)
jyanchunis@ForThePeople.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
Stuart A. Davidson (Admitted *Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com

CASEY GERRY SCHENK FRANCAVILLA
   BLATT & PENFIELD LLP
Gayle M. Blatt (122048)
110 Laurel Street
San Diego, CA 92101
Telephone: 619/238-1811
619/544-9232 (fax)
gmb@cglaw.com

TADLER LAW LLP
Ariana J. Tadler (Admitted *Pro Hac Vice*)
One Pennsylvania Plaza, 19th Floor
New York, NY 10119
Telephone: 212/946-9453
212/273-4375 (fax)
atadler@tadlerlaw.com

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel (Admitted *Pro Hac Vice*)
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: 612/339-6900
612/339-0981 (fax)
khriebel@locklaw.com

ROBINSON CALCAGNIE, INC.
Daniel S. Robinson (244245)
19 Corporate Plaza Dr.
Newport Beach, CA 92660
Telephone: 949/720-1288
949/720-1292
drobinson@robinsonfirm.com

*Attorneys for Settlement Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION | No. 16-md-02752-LHK<br><br>**PLAINTIFFS' RESPONSE TO MOTION/LETTER FROM TYRONE LEE JENKINS (ECF NO. 535).** |

1       Pursuant to instructions received from the Court, Plaintiffs submit this response regarding the Letter from Tyrone Lee Jenkins, (ECF No. 535) (hereinafter "the Jenkins Letter").

      Following receipt of the Jenkins Letter, Plaintiffs' Counsel inquired of the Settlement Administrator, Heffler, regarding whether it had received a Claim Form, or any other contact, from Mr. Jenkins. It has not.

      As noted in the letter, Mr. Jenkins is currently an inmate at the Allen B. Polunsky Unit of the Texas Department of Criminal Justice.

      In the letter, Mr. Jenkins seeks to negotiate a separate agreement with Defendants regarding the data breaches, and states that he has been unable to contact Class Counsel because, as an inmate, he does not have access to a computer or telephone.

      Class Counsel responded to Mr. Jenkins via U.S. Mail, explaining the status of the case, his inclusion by operation of law in the Settlement Class, as well as explaining that the claims period began in July 2019 and ended on July 20, 2020, and has not been extended, and cannot now be extended given the entry of Final Judgment; and providing the names and U.S. mail contact information for Class Counsel and the Settlement Administrator.

      Should Class Counsel receive any further communications from Mr. Jenkins, they will diligently respond.

DATED: September 3, 2021

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
John A. Yanchunis

*s/ John A. Yanchunis*
John A. Yanchunis

201 N. Franklin Street, 7th Floor
Tampa, FL  33602
Telephone:  813/223-5505
813/223-5402 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
Stuart A. Davidson
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

CASEY GERRY SCHENK FRANCAVILLA
   BLATT & PENFIELD LLP
Gayle M. Blatt
110 Laurel Street
San Diego, CA  92101
Telephone:  619/238-1811
619/544-9232 (fax)

TADLER LAW LLP
Ariana J. Tadler
One Pennsylvania Plaza, 19th Floor
New York, NY  10119
Telephone:  212/946-9453
212/273-4375  (fax)

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Karen Hanson Riebel
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone:  612/339-6900
612/339-0981 (fax)

ROBINSON CALCAGNIE, INC.
Daniel S. Robinson
19 Corporate Plaza Dr.
Newport Beach, CA  92660
Telephone: 949/720-1288
949/720-1292
drobinson@robinsonfirm.com

*Attorneys for Plaintiffs and Proposed Class Counsel*

1 CERTIFICATE OF SERVICE

2    I hereby certify that on September 3, 2021, I authorized the electronic filing of the
3 foregoing with the Clerk of the Court using the CM/ECF system which will send notification of
4 such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

5    I certify under penalty of perjury under the laws of the United States of America that the
6 foregoing is true and correct.  Executed on September 3, 2021.

7                                       *s/ John A. Yanchunis*
                                        John A. Yanchunis
8
                                        MORGAN & MORGAN
9                                       COMPLEX LITIGATION GROUP
                                        201 N. Franklin Street, 7th Floor
10                                      Tampa, FL  33602
                                        Telephone:  813/223-5505
11                                      813/223-5402 (fax)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLTFS' RESPONSE TO LETTER FROM TYRONE JENKINS
16-md-02752-LHK                                                                      - 3 -