FILED

FEB 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION, _____ RONALD SCHWARTZ; et al.,         Plaintiffs-Appellees, AARON MILLER,         Objector-Appellant, v. YAHOO! INC.; AABACO SMALL BUSINESS, LLC,         Defendants-Appellees, _____ SHIYANG HUANG,         Intervenor-Pending. | No.   20-16633 D.C. No. 5:16-md-02752-LHK Northern District of California, San Jose ORDER |
| In re: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION, _____ RONALD SCHWARTZ; et al., | No.   20-16779 D.C. No. 5:16-md-02752-LHK Northern District of California, San Jose |

>Plaintiffs-Appellees,
>
>JAMES MCCAIN,
>
>>Objector-Appellant,
>
>v.
>
>YAHOO! INC.; AABACO SMALL BUSINESS, LLC,
>
>>Defendants-Appellees,
>
>_____
>
>SHIYANG HUANG,
>
>>Intervenor-Pending.

Before: GOULD and RAWLINSON, Circuit Judges, and ZIPPS,[*] District Judge.

The Motion to Intervene By Class Member Shiyang Huang, filed October 4, 2021, is DENIED.

---

[*] The Honorable Jennifer G. Zipps, United States District Judge for the District of Arizona, sitting by designation.