UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: YAHOO! INC. CUSTOMER DATA SECURITY BREACH LITIGATION,

------------------------------

RONALD SCHWARTZ; et al.,

        Plaintiffs - Appellees,

JAMES MCCAIN,

        Objector - Appellant,

  v.

YAHOO! INC. and AABACO SMALL BUSINESS, LLC,

        Defendants - Appellees.

No. 20-16779

D.C. No. 5:16-md-02752-LHK
U.S. District Court for Northern California, San Jose

**MANDATE**

The judgment of this Court, entered June 27, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7